UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C. A. NO. 03-12509 PBS

FILED IN OFFICE
2003 DEC 15 A 8:33
U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |
|---|
| BOWEN INVESTMENT, INC. and HONEY DEW ASSOCIATES, INC.<br><br>　　　　　　　Plaintiffs,<br>v.<br><br>S.G.B., LTD.,<br>GUY BISSONNETTE,<br>GARY GREAVES and<br>ROGER A. SPINA,<br>　　　　　　　Defendants. |

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Now come the Plaintiffs, Honey Dew Associates, Inc. and Bowen Investment, Inc. and move this Honorable Court pursuant to 15 U.S.C. §§ 1116(a) and 1125(a), 17 U.S.C. §503(a), 28 U.S.C. §1116, Rhode Island General Laws, Title 6, Chapter 2 and Federal Rules of Civil Procedure 65 for the following injunctive relief:

That the Court issue a Preliminary Injunction by which the Defendants, their agents, officers, directors, representatives, servants, employees and all other persons in active concert or participation with any of them, be ORDERED to peaceably vacate possession of the Premises to BII, enjoined from using HDA's Marks or any reproduction, counterfeit, copy, or colorable imitation of said Marks in connection with the manufacture, holding for sale, sale or otherwise moving or disposing in any manner of any donut and coffee shop products or services or in any way misleading the public and its customers that its products and/or services are connected with Honey Dew Donuts®, ordered to return to the Plaintiff the

Operational Excellence Procedure Manual and all proprietary papers relation to the operation of the Honey Dew system, and for such other relief as may be deemed just.

In support thereof, the Plaintiffs refer the Court to the Verified Complaint, Memorandum of Law and Affidavits of Richard J. Bowen and Robert P. Bowen, submitted herewith, which demonstrates that there is a strong likelihood of Plaintiffs succeeding on the merits in its claims against the Defendants; that the Plaintiffs' will suffer irreparable harm if the requested relief is not granted; that such harm outweighs possible harm the Defendants will endure; and that it is in the public interest to grant the injunction.

Respectfully Submitted by the Plaintiffs,<br>
BOWEN INVESTMENT, INC.,<br>
HONEY DEW ASSOCIATES, INC.,<br>
By its Attorneys,

Date: December 12, 2003

*Janell E. DeGennaro*
Jack J. Mikels, BBO# 345560
Michael A. Wirtz, BBO# 636587
Janell E. De Gennaro, BBO #656360
JACK MIKELS & ASSOCIATES
1 Batterymarch Park, Suite 309
Quincy, MA 02269
Tel: 617.472.5600