# JACK MIKELS & ASSOCIATES

1 BATTERYMARCH PARK • SUITE 309, QUINCY, MASSACHUSETTS 02169-7454
Telephone: (617) 472-5600 • Telecopier: (617) 472-5875 • E-Mail: jmikels@gis.net

*FILED CLERKS OFFICE*
*2003 DEC 31 A 11: 01*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

JACK J. MIKELS
ROCHELLE NELSON MIKELS
MICHAEL A. WIRTZ
*ATTORNEYS AT LAW*

<u>VIA U.S. MAIL AND FACSIMILE 401.941.9500</u>

December 30, 2003

James V. Paolino, Esq.
Cooper, Thompson & Rogers
51 Jefferson Blvd.
Warwick, RI 02888

Re: Bowen Investment, Inc. et al v. S.G.B., Ltd., et al.

Dear Attorney Paolino,

Judge Saris' clerk, Roger Alba, notified me that a hearing has been scheduled in the above-referenced matter at 4:00 p.m. on Friday, January 9, 2003. Mr. Alba indicated that no counsel has entered its appearance on behalf of any of the defendants, and therefore, he did not contact you directly.

Please notify me promptly if you have a conflict with this hearing date.

Thank you.

Very truly yours,

*Janell E. DeGennaro*

Janell E. De Gennaro

Cc: Roger Alba
    Guy Bissonnette

# JACK MIKELS & ASSOCIATES

1 BATTERYMARCH PARK • SUITE 800 • QUINCY, MASSACHUSETTS 02169-7454
Telephone: (617) 472-5600 • Telecopier: (617) 472-5875 • E-Mail: jmikels@gis.net

JACK J. MIKELS
ROCHELLE NELSON MIKELS
MICHAEL A. WIRTZ
*ATTORNEYS AT LAW*

*VIA U.S. MAIL*

December 30, 2003

Guy R. Bissonette
3214 Post Road
Warwick, RI

Re: Bowen Investment, Inc. et al v. S.G.B., Ltd., et al.

Dear Mr. Bissonette,

Judge Saris' clerk, Roger Alba, notified me that a hearing has been scheduled in the above-referenced matter at 4:00 p.m. on Friday, January 9, 2003. Mr. Alba indicated that no counsel has entered its appearance on your behalf, and therefore, he did not contact you directly.

Please notify me promptly if you have a conflict with this hearing date.

Thank you.

Very truly yours,

*Janell E. De Gennaro*
Janell E. De Gennaro

Cc: Roger Alba
    James Paolino, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C. A. NO.

*FILED IN CLERKS OFFICE 2003 DEC 31 A 11: 01 U.S. DISTRICT COURT DISTRICT OF MASS.*

BOWEN INVESTMENT, INC. and
HONEY DEW ASSOCIATES,
INC.
               Plaintiffs,

v.

S.G.B., LTD., GUY
BISSONNETTE,
GARY GREAVES and
ROGER A. SPINA,
               Defendants.

## CERTIFICATE OF SERVICE

I, Janell E. De Gennaro, hereby certify that notifications of hearing were served this day via first class mail, postage prepaid, upon defendant Guy Bissonette, 3214 Post Road, Warwick, RI, 02888, and upon counsel for defendants S.G.B., Ltd., Roger Spina and Gary Greaves, James V. Paolino, Cooper, Thompson & Rogers, 51 Jefferson Blvd., Warwick, RI 02888.

Signed under the pains and penalties of perjury this 30th day of December 2003.

*Janell E. De Gennaro*
Janell E. De Gennaro