# JACK MIKELS & ASSOCIATES

1 BATTERYMARCH PARK • SUITE 309 • QUINCY, MASSACHUSETTS 02169-7454
Telephone: (617) 472-5600 • Telecopier: (617) 472-5875 • E-Mail: jmikels@aol.net

JACK J. MIKELS
ROCHELLE NELSON MIKELS
MICHAEL A. WIRTZ
ATTORNEYS AT LAW

January 6, 2004

Roger Alba, Clerk
United States Courthouse
1 Courthouse Way
Boston, MA  02210

    Re: Bowen Investment, Inc., et al.
      vs.
      S.G.B., Ltd., et al.
      C. A. No: 03-12509 PBS

Dear Mr. Alba:

Per our conversation earlier today, enclosed please find:

(1) letters of notification of the hearing on January 16, 2003 to the defendants;

and

(2) a Certificate of Service.

Thank you.

            Very truly yours,

            Janell E. De Gennaro
            Janell De Gennaro

# JACK MIKELS & ASSOCIATES

1 BATTERYMARCH PARK • SUITE 309 • QUINCY, MASSACHUSETTS 02169-7454
Telephone: (617) 472-5600 • Telecopier: (617) 472-5875 • E-Mail: jmikels@gis.net

JACK MIKELS
ROCHELLE NELSON MIKELS
MICHAEL A. WIRTZ
ATTORNEYS AT LAW

*VIA U.S. MAIL*

January 6, 2004

Guy R. Bissonette
3214 Post Road
Warwick, RI 02888

Re: Bowen Investment, Inc. et al v. S.G.B., Ltd., et al.
    C. A. No: 03-12509 PBS

Dear Mr. Bissonette,

Judge Saris' clerk, Roger Alba, notified me that the hearing scheduled for Friday, January 9, 2003 has been cancelled and is rescheduled for Friday, January 16, 2004 at 4:00 p.m. Mr. Alba indicated that no counsel has entered its appearance on your behalf, and therefore, he did not contact you directly.

Please notify me promptly if you have a conflict with this hearing date.

Thank you.

Very truly yours,

*Janell E. DeGennaro*
Janell E. De Gennaro

Cc: James Paolino, Esq.

# JACK MIKELS & ASSOCIATES

1 BATTERYMARCH PARK • SUITE 309 • QUINCY, MASSACHUSETTS 02169-7454
Telephone: (617) 472-5600 • Telecopier: (617) 472-5875 • E-Mail: jmikels@gis.net

2004 JAN -7 A 10: 41

U.S. DISTRICT COURT
DISTRICT OF MASS.

JACK J. MIKELS
ROCHELLE NELSON MIKELS
MICHAEL A. WIRTZ
*ATTORNEYS AT LAW*

<u>*VIA U.S. MAIL AND FACSIMILE 401.941.9500*</u>

January 6, 2004

James V. Paolino, Esq.
Cooper, Thompson & Rogers
51 Jefferson Blvd.
Warwick, RI 02888

Re: Bowen Investment, Inc. et al v. S.G.B., Ltd., et al.
     C. A. No: 03-12509 PBS

Dear Attorney Paolino,

Judge Saris' clerk, Roger Alba, notified me that the hearing scheduled for Friday, January 9, 2003 has been cancelled and is rescheduled for Friday, January 16, 2004 at 4:00 p.m.

Please notify me promptly if you have a conflict with this hearing date.

Thank you.

Very truly yours,

*Janell E. DeGennaro*

Janell E. De Gennaro


Cc: Roger Alba
    Guy Bissonnette

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C. A. NO. 03-12509 PBS

FILED
IN CLERKS OFFICE
2004 JAN -7 A 10: 41
U.S. DISTRICT COURT
DISTRICT OF MASS.

BOWEN INVESTMENT, INC. and
HONEY DEW ASSOCIATES,
INC.
    Plaintiffs,

v.

S.G.B., LTD., GUY
BISSONNETTE,
GARY GREAVES and
ROGER A. SPINA,
    Defendants.

### CERTIFICATE OF SERVICE

I, Janell E. De Gennaro, hereby certify that notifications of hearing were served this day via first class mail, postage prepaid, upon defendant Guy Bissonette, 3214 Post Road, Warwick, RI, 02888, and upon counsel for defendants S.G.B., Ltd., Roger Spina and Gary Greaves, James V. Paolino, Cooper, Thompson & Rogers, 51 Jefferson Blvd., Warwick, RI 02888.

Signed under the pains and penalties of perjury this 6th day of January 2004.

               _Janell E. DeGennaro_
               Janell E. De Gennaro