AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

United States      District of    Massachusetts

FILED IN CLERKS OFFICE

2004 JAN -6 P 12: 26

Bowen Investment, Inc. and
Honey Dew Associates, Inc.

V.

S.G.B. Ltd., Guy Bissonnette,
Gary Greaves and Roger A. Spina

**SUMMONS IN A CIVIL CASE**
U.S. DISTRICT COURT
DISTRICT OF MASS.

CASE NUMBER: 03 - 12509 PBS

TO: (Name and address of Defendant)  S.G.B., Ltd., (c/o Honey Dew Donuts), 343-345 Providence Street, Warwick, RI

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jack J. Mikels/Michael A. Wirtz/Janell E. De Gennaro
Jack Mikels & Associates
1 Batterymarch Park, Suite 309
Quincy, MA 02169-7454

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE  DEC 15 2003

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 12/9/03  9:30 AM |
| NAME OF SERVER (PRINT) | TITLE  Federal Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served AFS Guy Bissonette for SGB LTD 3214 Post Road Warwick RI

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 40 | TOTAL 40 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/19/03
Date

Signature of Server

29 Mathew Dr
Johnston RI 02919
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Bowen Investment, Inc., et. al., Plaintiff(s)
vs.
S.G.B., Ltd., et. al., Defendant(s)



Service of Process by
### APS International, Ltd.
### 1-800-328-7171
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--S.G.B., Ltd.
Court Case No. 03-12509 PBS

JACK MICKELS & ASSOCIATES
Ms. Evelyn Amrhein
1 Batterymarch Park, Suite 309
Quincy, MA 02269

State of: Rhode Island ss.
County of: Kent

**Name of Server:** Edwin J Semper Jr, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on the 19 day of December, 20 03, at 9 30 o'clock A M

**Place of Service:** at 3214 Post Road, in Warwick, RI 02886

**Documents Served:** the undersigned served the documents described as:
Summons; Civil Cover Sheet; Category Sheet; Form AO-120 (Trademark); Verified Complaint; Plaintiff's Motion for Preliminary Injunction; Memorandum of Law in Support of Plaintiff's Motion for Injunctive Relief; (Proposed) Order of Injunction; Affidavit of Richard J. Bowen; Affidavit of Robert P. Bowen

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
S.G.B., Ltd.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: AFS Guy Bissonette

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Brown ; Facial Hair Yes
Approx. Age 50 ; Approx. Height 6'3 ; Approx. Weight 265
[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Edwin Semper_ 12/19/03
Signature of Server  (Date)

Subscribed and sworn to before me this 19 day of Dec, 20 03

_Marlene Semper_ 7/4/05
Notary Public  (Commission Expires)

APS International, Ltd.
APS File #: 063321-0001