AO 440 (Rev. 10/93) Summons in a Civil Action

DATE: _____  **UNITED STATES DISTRICT COURT**  CLERKS OFFICE  FILED

United States  
By _____                    District of   Massachusetts

2004 JAN -6 P 12: 26

U.S. DISTRICT COURT
DISTRICT OF MASS.

Bowen Investment, Inc. and
Honey Dew Associates, Inc.

V.

S.G.B. Ltd., Guy Bissonnette,
Gary Greaves and Roger A. Spina

**SUMMONS IN A CIVIL CASE**

03 - 12509 PBS

CASE NUMBER:

TO: (Name and address of Defendant) Guy R. Bissonette, 443 Park Avenue, Portsmith, RI

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jack J. Mikels/Michael A. Wirtz/Janell E. De Gennaro
Jack Mikels & Associates
1 Batterymarch Park, Suite 309
Quincy, MA 02169-7454

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                               DEC 15 2003       DEC 15 2003
CLERK                                      DATE

(By) DEPUTY CLERK

Bowen Investment, Inc., et. al., Plaintiff(s)
vs.
S.G.B., Ltd., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Guy R. Bissonnette
Court Case No. 03-12509 BS

JACK MICKELS & ASSOCIATES
Ms. Evelyn Amrhein
1 Batterymarch Park, Suite 309
Quincy, MA 02269

State of: **Rhode Island** ) ss.
County of: **Kent** )

**Name of Server:** **Edwin J. Semper Jr**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on the **19** day of **December**, 20**03**, at **9:30** o'clock **A** M

**Place of Service:** at **3214 Post Road**, in **Warwick, RI 02886**

**Documents Served:** the undersigned served the documents described as:
Summons; Civil Cover Sheet; Category Sheet; Form AO-120 (Trademark); Verified Complaint; Plaintiff's Motion for Preliminary Injunction; Memorandum of Law in Support of Plaintiff's Motion for Injunctive Relief; (Proposed) Order of Injunction; Affidavit of Richard J. Bowen; Affidavit of Robert P. Bowen

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Guy R. Bissonnette

**Person Served, and Method of Service:**
[X] By personally delivering them into the hands of the person to be served.
[ ] By delivering them into the hands of _____, a person of suitable age and discretion residing at the Place of Service, whose relationship to the person to be served is _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Brown**; Facial Hair **Yes**
Approx. Age **50**; Approx. Height **6'3**; Approx. Weight **265**
[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server **12/19/03** (Date)
APS International, Ltd.

Subscribed and sworn to before me this **19** day of **Dec**, 20**03**
Notary Public  7/4/05 (Commission Expires)

APS File #: 063321-0001