AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FILED
CLERK'S OFFICE

| United States | District of | Massachusetts |

2004 JAN -6 P 12: 25

Bowen Investment, Inc. and
Honey Dew Associates, Inc.

V.

S.G.B. Ltd., Guy Bissonnette,
Gary Greaves and Roger A. Spina

**SUMMONS IN A CIVIL CASE**
U.S. DISTRICT COURT
DISTRICT OF MASS.

03 - 12509 PBS

CASE NUMBER:

TO: (Name and address of Defendant)   Gary Greaves, ~~67 Greenpost~~ Lane, Warwick, RI
*164 Lloyd Ave*
*Warwick RI*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jack J. Mikeks/Michael A. Wirtz, Janell E. De Gennaro
Jack Mikels & Associates
1 Batterymarch Park, Suite 309
Quincy, MA 02169-7454

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DEC 1 5 2003
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 12-22-03 3:48 pm |
| NAME OF SERVER (PRINT) Edwin J Semper Jr | TITLE Federal Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Diane Jenison
164 Lloyd Ave Warwick RI

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 70 | TOTAL 70 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12-22-03
Date

Signature of Server: Edwin J Semper Jr

Address of Server: 29 Mathew Dr
Johnston RI 02919

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Bowen Investment, Inc., et. al., Plaintiff(s)
vs.
S.G.B., Ltd., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:

JACK MICKELS & ASSOCIATES
Ms. Evelyn Amrhein
1 Batterymarch Park, Suite 309
Quincy, MA 02269

--Gary Greaves
Court Case No. 03-12509 PBS

State of: **Rhode Island** ) ss.
County of: **Kent**

Name of Server: **Edwin Semper**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

Date/Time of Service: that on the **22nd** day of **December**, 20**03**, at **3:48** o'clock **P** M

Place of Service: at **164 Lloyd Avenue**, in **Warwick, RI**

Documents Served: the undersigned served the documents described as:
Summons; Civil Cover Sheet; Category Sheet; Form AO-120 (Trademark); Verified Complaint; Plaintiff's Motion for Preliminary Injunction; Memorandum of Law in Support of Plaintiff's Motion for Injunctive Relief; (Proposed) Order of Injunction; Affidavit of Richard J. Bowen; Affidavit of Robert P. Bowen

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Gary Greaves

Person Served, and Method of Service:
☐ By personally delivering them into the hands of the person to be served.
☒ By delivering them into the hands of **Diane Jenison**, a person of suitable age and discretion residing at the Place of Service, whose relationship to the person to be served is **(Claims to be sister)**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Blonde**; Facial Hair —
Approx. Age **40**; Approx. Height **5'8**; Approx. Weight **160**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server   **12/22/03** (Date)

Subscribed and sworn to before me this **22** day of **December**, 20 **03**

Notary Public   **7/4/05** (Commission Expires)

APS International, Ltd.
APS File #: 063321-0004