UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C. A. No. 03-12509 PBS

BOWEN INVESTMENT, INC. and
HONEY DEW ASSOCIATES, INC.
          Plaintiffs,

v.

S.G.B., LTD.,
GUY BISSONNETTE,
GARY GREAVES, and
ROGER A. SPINA,
          Defendants.

## PLAINTIFF'S MOTION TO AMEND COMPLAINT

Plaintiff, by and through counsel, hereby requests that this Honorable Court amend the Verified Complaint filed in the above-referenced action by deleting the document attached as Exhibit B and adding the following document enclosed herein as Exhibit B. Plaintiff erred when it did not attach the Franchise Agreement dated December 17, 1998, as referenced in the Verified Complaint, but rather Plaintiff attached a Franchise Agreement referencing the same parties, but with a different date.

WHEREFORE, Plaintiff hereby requests that this Honorable Court delete the document attached as Exhibit B to the Verified Complaint and accept the document enclosed herein as Exhibit B.

                                      BOWEN INVESTMENT, INC.,
                                      HONEY DEW ASSOCIATES, INC.,
                                      By its Attorneys,

Date: January 12, 2003               /s/ Janell E. De Gennaro
                                      Jack J. Mikels, BBO# 345560
                                      Michael A. Wirtz, BBO# 636587
                                      Janell E. De Gennaro, BBO #656306
                                      JACK MIKELS & ASSOCIATES
                                      1 Batterymarch Park, Suite 309
                                      Quincy, MA 02169-7454
                                      Tel: 617.472.5600

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12509 PBS

| |
|---|
| BOWEN INVESTMENT, INC. and HONEY DEW ASSOCIATES, INC. |
| Plaintiffs, |
| v. |
| S.G.B., LTD., GUY BISSONNETTE, GARY GREAVES and ROGER A. SPINA, |
| Defendants. |

## CERTIFICATE OF SERVICE

I, Janell E. De Gennaro, hereby certify that <u>Plaintiff's Motion to Amend Complaint</u> was served this day via first class mail, postage prepaid, upon counsel for defendants S.G.B., Ltd., Roger A. Spina, Jr. and Gary Greaves, James V. Paolino, Cooper, Thompson & Rogers, 51 Jefferson Blvd., Warwick, RI 02888 and upon counsel for defendant Guy R. Bissonnette, Denita M. Grammitt, 181 Chace Road, P.O. Box 52, Portsmith, RI 02871.

Signed under the pains and penalties of perjury this 12th day of January 2004.

*Janell E. DeGennaro*
Janell E. De Gennaro