UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS



| | |
|---|---|
| BOWEN INVESTMENT, INC. and HONEY DEW ASSOCIATES, INC.<br><br>            Plaintiffs,<br><br>v.<br><br>S.G.B., LTD.,<br>GUY BISSONNETTE,<br>GARY GREAVES, and<br>ROGER A. SPINA,<br>            Defendants. | C.A. No. 03-12509-PBS |

## DEFENDANTS' OBJECTION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Now come the Defendants, S.G.B., Ltd., Guy Bissonnette, Gary Greaves and Roger A. Spina, and object to the Plaintiffs' motion for preliminary injunction. The Plaintiff filed the original complaint, pursuant to 15 U.S.C. §§ 1116(a) and 1125(a), 17 U.S.C. § 503(a), 28 U.S.C. § 1116, Rhode Island General Laws, Title 6, Chapter 2 and Federal Rules of Civil Procedure 65 for injunctive relief.

Originally the Plaintiffs sent to Defendants the incorrect franchise agreement as their Exhibit A. The franchise agreement is the basis for their motion for preliminary injunction. This was brought to the attention of the Plaintiff's attorney on Monday, January 12, 2004. Thereupon, Plaintiffs amended their complaint and included the correct franchise agreement that actually deals with the site that the Defendants are operating. This was received by Defendants' attorneys on Wednesday, January 14, 2004. The amended complaint with the correct franchise agreement was sent by regular mail. In light of the above, the Defendants have requested a continuance. This request was not accepted by the Plaintiffs' attorney.

The underlining basis of the preliminary injunction specifically concerns three notices of default; June 2, 2003, November 5, 2003 and November 12, 2003. The first two notices were sent for non-payment of franchise fees. The third notice on November 12, 2003 concerned an appearance violation on the operation of the store. The first two notices of default were cured with

payments. Please refer to the affidavit of President Roger Spina, CPA. The November 12, 2003 notice of default was corrected within five (5) days of notice. The November 12, 2003 notice concerning the site inspection arises out of a Honey Dew Donuts summary report dated April 13, 2002. In that report, the Defendants received a summary report rating of 89 "poor". The major problem was where the trash retainers were located, along the landscaped area. That had, in fact, been immediately corrected after the report.

All other summary reports, which are attached to the Spina affidavit, show that the ratings have all been "good" or "outstanding".

Injunctive relief is an extreme remedy. Presently the Plaintiff receives, on a weekly basis, franchise fees from the Defendant and the site has been marked "outstanding" as to operation and appearance. The Plaintiff should not be allowed to prevail on their preliminary injunction, and the only issue before this court is money damages.

WHEREFORE, the Defendants request the Plaintiffs' motion for preliminary injunction be denied, or in the alternative, an evidentiary hearing be scheduled by this court.

> Guy Bissonnette
> Gary Greaves
> Roger A. Spina
> By Their Attorney
>
> James V. Paolino, Esq.
> Cooper, Thompson & Rogers
> 51 Jefferson Boulevard
> Warwick, RI 02888
> (401)780-9996

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS



BOWEN INVESTMENT, INC. and
HONEY DEW ASSOCIATES,
INC.
               Plaintiffs,

v.

S.G.B., LTD.,
GUY BISSONNETTE,
GARY GREAVES, and
ROGER A. SPINA,
               Defendants.

C.A. No. 03-12509-PBS

## AFFIDAVIT OF ROGER SPINA, CPA

Now comes Roger Spina, CPA, President of S.G.B, Ltd and under oath depose
and state the following:

1. I am part owner and president of S.G.B., Ltd., which owns the Honey
   Dew Donuts® franchise located at 343-345 Providence Street, Warwick,
   Rhode Island.

2. I have been the president and one of the owners from the inception of the
   corporation.

3. In June of 2003 there was in fact money due to the Plaintiff, Bowen
   Investments, under the franchise agreement. These funds were
   immediately paid upon notice to the Plaintiff which cured the default.

4. The corporation received a default notice in November of 2003, again
   concerning non-payment of a September bill. This bill was paid shortly
   thereafter. See attachments.

5. The Defendants' corporation has not received any notice of defaults on
   payments since that time.

6. The Plaintiffs' issued a notice of default concerning an outside
   appearance at the Honey Dew Donuts® in Warwick, Rhode Island. This
   site inspection had occurred in April of 2003.

7. This appearance deficiency was immediately corrected and I have enclosed the site inspections since April 2003 showing that all inspections had in fact been passed.

8. In November of 2003 the Plaintiffs had no reason to issue the notice of default concerning the appearance, in light of the fact that it had been corrected within the five days allocated in April 2003. Moreover, all inspections concerning the site have given us a "good" or "outstanding" appearance rating since that time.

9. The corporation pay s, on a weekly basis, franchise fees to the Plaintiff, based on sales.

10. These payments are made on a weekly basis.

11. The Honey Dew Donuts® presently employs several employees and is operational.

12. The issuing of a restraining order, shutting down the Honey Dew Donuts® would be devastating to the business.

I Roger Spina, under oath, depose that the above statement is true to my best knowledge and belief.

_____
Roger Spina, CPA


STATE OF RHODE ISLAND
COUNTY OF _Kent_

In said county, on this _13_ day of January, 2004, before me personally appeared ROGER SPINA, to me known and known by me to be the persons executing the foregoing and they acknowledged said instrument by them executed to be their free act and deed.

_____
Notary _James V. Paolino_

My Commission Expires: _9-21 ○/○○6_

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BOWEN INVESTMENT, INC. and
HONEY DEW ASSOCIATES,
INC.
                    Plaintiffs,

v.                                              C.A. No. 03-12509-PBS

S.G.B., LTD.,
GUY BISSONNETTE,
GARY GREAVES, and
ROGER A. SPINA,
                    Defendants.

CERTIFICATE OF SERVICE

I, James V. Paolino, hereby certify that Defendant's Objection to

Plaintiffs' Motion for Preliminary Injunction was served this day via first class

mail and United Parcel Services, postage prepaid, upon counsel for plaintiffs

Bowen Investment, Inc. and Honey Dew Associates, Inc., Janell E. DeGennaro,

Jack Mikels & Associates, One Batterymarch Park, Suite 309, Quincy,

Massachusetts 02169-7454.

Signed under the pains of penalties of perjury this 15th day of January

2004.

James V. Paolino



**PERSONAL MONEY ORDER**

353878577

Memo

Issued by Integrated Payment Systems Inc., Englewood, Colorado      82-40/1021
Payable at Wells Fargo Bank Grand Junction • Downtown, N.A. Grand Junction, Colorado

Date

NOT VALID OVER $1000

PAY

NOTE: THE PURCHASER OF THIS MONEY ORDER AGREES TO INSERT IN INK, THE
PAYEE'S NAME AND ADDRESS, AND ASSUMES ALL RESPONSIBILITY FOR ALL
EVENTS MADE POSSIBLE BY FAILURE TO DO SO.

TO THE ORDER OF                                                              $

**NON NEGOTIABLE**

SIGNATURE                VP
CUSTOMER COPY
STREET ADDRESS

MONEY ORDER      CITY / STATE / ZIP

RETAIN THIS COPY FOR YOUR RECORDS      BRISTOL BRANCH

---

**PERSONAL MONEY ORDER**

353878579

Memo

Issued by Integrated Payment Systems Inc., Englewood, Colorado      82-40/1021
Payable at Wells Fargo Bank Grand Junction • Downtown, N.A. Grand Junction, Colorado

Date      NOV 04, 03

NOT VALID OVER $1000

PAY

NOTE: THE PURCHASER OF THIS MONEY ORDER AGREES TO INSERT IN INK, THE
PAYEE'S NAME AND ADDRESS, AND ASSUMES ALL RESPONSIBILITY FOR ALL
EVENTS MADE POSSIBLE BY FAILURE TO DO SO.

TO THE ORDER OF      DOLLARS AND      $

Bowen Investment Inc.

**NON NEGOTIABLE**

SIGNATURE                VP
CUSTOMER COPY
STREET ADDRESS

MONEY ORDER      CITY / STATE / ZIP

RETAIN THIS COPY FOR YOUR RECORDS      BRISTOL BRANCH

---

**PERSONAL MONEY ORDER**

353878578

Memo

Issued by Integrated Payment Systems Inc., Englewood, Colorado      82-40/1021
Payable at Wells Fargo Bank Grand Junction • Downtown, N.A. Grand Junction, Colorado

Date

NOT VALID OVER $1000

PAY

NOTE: THE PURCHASER OF THIS MONEY ORDER AGREES TO INSERT IN INK, THE
PAYEE'S NAME AND ADDRESS, AND ASSUMES ALL RESPONSIBILITY FOR ALL
EVENTS MADE POSSIBLE BY FAILURE TO DO SO.

TO THE ORDER OF                                                              $

**NON NEGOTIABLE**

SIGNATURE                VP
CUSTOMER COPY
STREET ADDRESS

CITY / STATE / ZIP

RETAIN THIS COPY FOR YOUR RECORDS      BRISTOL BRANCH

09/20/03

| | | |
|---|---|---|
| Bowen Investment, Inc. | $ 831.17 | Franchise Fee<br>Rent<br>$2.00 Wkly Service Fee |
| Honey Dew Ad Fund | $ 168.31 | |
| Bowen Investment, Inc. | $ 105.55 | Prop tax |
| | $1,105.03 | |

95 - 100: OUTSTANDING          90 -94: GOOD          85 - 89: POOR          84 - BELOW: F'

# "HONEY DEW DONUTS" SUMMARY REPORT

DATE 3.15pm    TIME 4-13-02    STORE LOCATION/TOTAL SCORE Providence St.    SHOPPER KB    100



## EXTERIOR:
### OUTSIDE SIGNAGE:                    (21 POINTS)    (1 POINT EA.)    (NOTES:)
CLEAN
SIGNAGE MAINTAINED — YES NO
SIGN LIT (WORKING ORDER) — YES NO
NO SMOKING SIGNS — YES NO

### LANDSCAPE CONDITIONS:
FREE OF REFUSE — YES NO — a lot of trash in landscape
GROUNDS MAINTAINED — YES NO
CONTAINERS MAINTAINED — YES NO
BUTT RECEPTACLES CLEAN — YES NO

### DRIVE THRU MENU:
CLEAN / READABLE — YES NO
COMPLETELY LIT — YES NO
ALL PRICE POINTS LISTED — YES NO — hubcaps have been out 3 months

### PARKING LOT:
ADEQUATE LIGHTING — YES NO
LITTER FREE — YES NO
HANDICAPPED PARKING — YES NO
ADEQUATE SPACES — YES NO
STRIPED / GOOD REPAIR — YES NO

### BACK DOOR:
CLOSED / LOCKED — YES NO
CLEAN — YES NO
ADEQUATE LIGHTING — YES NO

### WINDOWS:
CLEAN — YES NO
FREE OF CLUTTER — YES NO

TOTAL POINTS 13

## INTERIOR:                    (32 POINTS)    (1 POINT EA.)    (NOTES:)
### FLOORS:
CLEAN / POLISHED — YES NO
HAZARD FREE — YES NO

### RESTROOMS:
EASILY IDENTIFIED — N/A
FLOORS CLEAN — YES NO
SINK CLEAN — YES NO
COMMODE CLEAN — YES NO
HAND SOAP SUPPLIED — YES NO
PAPER GOODS — YES NO
NO OFFENSIVE ODORS — YES NO

### CUSTOMER SEATING:
TABLES / SEATS CLEAN — YES NO
FLOOR UNDER TABLES CLEAN — YES NO
FREE OF DEBRIS — YES NO
WINDOW SILLS CLEAN — YES NO

### MENU BOARD:
CLEAN — YES NO
COMPLETELY LIT — YES NO
PRICE POINTS CURRENT — YES NO
NO VACANT SPOTS — YES NO
EASILY UNDERSTOOD — YES NO
SPECIALS IDENTIFIED — YES NO

### TRASH RECEPTACLES:
CLEAN — YES NO
ADEQUATE AMOUNT OF RECEPTACLES — YES NO

### CEILING LIGHTING:
ALL LIGHTS LIT — YES NO
FIXTURES CLEAN — YES NO

### ATMOSPHERE:
TEMP COMFORTABLE — YES NO
SMELL / FRESH COFFEE — YES NO
FRIENDLY ATMOSPHERE — YES NO

### KITCHEN VIEW:
CLEAN & NEAT — YES NO
NO UNAUTHORIZED PERSON — YES NO

### COFFEE STATION AREA:
CLEAN — YES NO
NEAT & ORDERLY — YES NO
GATE CLOSED — YES NO
FRESH COFFEE MADE — YES NO

TOTAL POINTS 31

## PRESENTATION:                    (17 POINTS)    (1 POINT EA.)    (NOTES:)
### TAKE OUT STATIONS / BACK BAR
CLEAN — YES NO
STOCKED — YES NO

### DONUT CASE / FANCY CASE:
LABELS CLEAN / GOOD REPAIR
CONSISTENT — YES NO — Not all have labels
(MATCH COLOR / ALIGN W/PROD)
STOCKED — YES NO
CASE CLEAN — YES NO
BASKETS / TRAYS - CLEAN LINERS — YES NO
PROPERLY ALIGNED — YES NO

### SERVICE
### ASSOCIATES:
COMPLETE UNIFORM — YES NO
NEAT & CLEAN — YES NO — 2 no hat
HAIR RESTRAINTS — YES NO — restraints

### COMMENTS:
- OK selection ~ very good
  for donuts, e..
  too pastry?

### CUSTOMER SERVICE: very friendly
FRIENDLY GREETING — YES NO
FAST SERVICE — YES NO
FILLED ORDER CORRECTLY — YES NO
SUGGESTED SELLING — YES NO
CORRECT CHANGE — YES NO
THANKED — YES NO

TOTAL POINTS 12

## INTEGRITY:                    (30 POINTS)    (3 POINTS EA.)    (NOTES:)
### CASH:
ALL CASH SECURED/CASH REGISTER — YES NO
NO BANK BUILDING — YES NO
REGISTERED SALE — YES NO
DRAWER KEPT CLOSED — YES NO
PLACING MONEY IN TIP CUP — YES NO
NO CASHING IN TIPS — YES NO — friends visiting

### ACTIVITIES:
"HONEY DEW PERSONNEL"
BEHIND COUNTER ONLY — YES NO
ALL PRODUCTS PAID FOR — YES NO
PHONE USED BUSINESS ONLY — YES NO
"ABSENCE OF LOITERING IN STORE" — YES NO — 3

### PRODUCT / FRESHNESS & TASTE: Good

TOTAL POINTS

"For further comments ..."

95 - 100: OUTSTANDING    90 -94: GOOD    85 - 89: POOR    84 - BELOW: F

# "HONEY DEW DONUTS" SUMMARY REPORT

DATE _____ TIME 3:45pm STORE/LOCATION/TOTAL SCORE Providence St Warwick SHOPPER _____

## EXTERIOR:

### OUTSIDE SIGNAGE:    (21 POINTS)    (1 POINT EA.) (NOTES)

| | | |
|---|---|---|
| CLEAN | YES NO | |
| SIGNAGE MAINTAINED | YES NO | cannot |
| SIGN LIT (WORKING ORDER) | YES NO | |
| NO SMOKING SIGNS | | |

### LANDSCAPE CONDITIONS:

| | | |
|---|---|---|
| FREE OF REFUSE | YES NO | only |
| GROUNDS MAINTAINED | YES NO | |
| CONTAINERS MAINTAINED | YES NO | |
| BUTT RECEPTACLES CLEAN | YES NO | |

### DRIVE THRU MENU:

| | |
|---|---|
| CLEAN / READABLE | YES NO |
| COMPLETELY LIT | YES NO |
| ALL PRICE POINTS LISTED | YES NO |

### PARKING LOT:

| | |
|---|---|
| ADEQUATE LIGHTING | YES NO |
| LITTER FREE | YES NO |
| HANDICAPPED PARKING | |
| ADEQUATE SPACES | YES NO |
| STRIPED / GOOD REPAIR | YES NO |

### BACK DOOR:

| | |
|---|---|
| CLOSED / LOCKED | YES NO |
| CLEAN | YES NO |
| ADEQUATE LIGHTING | YES NO |

### WINDOWS:

| | |
|---|---|
| CLEAN | |
| FREE OF CLUTTER | YES NO |

TOTAL POINTS _____

## INTERIOR:

### FLOORS:    (32 POINTS)    (1 POINT EA.) (NOTES)

| | |
|---|---|
| CLEAN / POLISHED | YES NO |
| HAZARD FREE | YES NO |

### RESTROOMS:

| | |
|---|---|
| EASILY IDENTIFIED | YES NO |
| FLOORS CLEAN | YES NO |
| SINK CLEAN | YES NO |
| COMMODE CLEAN | YES NO |
| HAND SOAP SUPPLIED | YES NO |
| PAPER GOODS | YES NO |
| NO OFFENSIVE ODORS | YES NO |

N/A

### CUSTOMER SEATING:

| | |
|---|---|
| TABLES / SEATS CLEAN | YES NO |
| FLOOR UNDER TABLES CLEAN | YES NO |
| FREE OF DEBRIS | YES NO |
| WINDOW SILLS CLEAN | YES NO |

### MENU BOARD:

| | |
|---|---|
| CLEAN | YES NO |
| COMPLETELY LIT | YES NO |
| PRICE POINTS CURRENT | YES NO -1 |
| NO VACANT SPOTS | YES NO |
| EASILY UNDERSTOOD | YES NO |
| SPECIALS IDENTIFIED | YES NO |

### TRASH RECEPTACLES:

| | |
|---|---|
| CLEAN | YES NO |
| ADEQUATE AMOUNT OF RECEPTACLES | YES NO |

### CEILING LIGHTING:

| | |
|---|---|
| ALL LIGHTS LIT | YES NO |
| FIXTURES CLEAN | YES NO |

### ATMOSPHERE:

| | |
|---|---|
| TEMP COMFORTABLE | YES NO |
| SMELL / FRESH COFFEE | YES NO |
| FRIENDLY ATMOSPHERE | YES NO |

### KITCHEN VIEW:

| | |
|---|---|
| CLEAN & NEAT | YES NO |
| NO UNAUTHORIZED PERSON | YES NO |

### COFFEE STATION AREA:

| | |
|---|---|
| CLEAN | YES NO |
| NEAT & ORDERLY | YES NO |
| GATE CLOSED | YES NO |
| FRESH COFFEE MADE | YES NO |

TOTAL POINTS _____

## PRESENTATION:    (17 POINTS)    (1 POINT EA.) (NOTES)

### TAKE OUT STATIONS / BACKBAR

| | |
|---|---|
| CLEAN | YES NO |
| STOCKED | YES NO |

### DONUT CASE / FANCY CASE:

| | |
|---|---|
| LABELS CLEAN / GOOD REPAIR | YES NO |
| CONSISTENT | |
| (MATCH COLOR / ALIGN W/PROD) | YES NO |
| STOCKED | YES NO |
| CASE CLEAN | YES NO |
| BASKETS / TRAYS - CLEAN LINERS | YES NO |
| PROPERLY ALIGNED | YES NO |
| SERVICE | YES NO -1 |

### ASSOCIATES:

| | |
|---|---|
| COMPLETE UNIFORM | YES NO |
| NEAT & CLEAN | YES NO |
| HAIR RESTRAINTS | YES NO |

waitress no hat

### COMMENTS:

_____

### CUSTOMER SERVICE:

| | |
|---|---|
| FRIENDLY GREETING | YES NO |
| FAST SERVICE | YES NO |
| FILLED ORDER CORRECTLY | YES NO |
| SUGGESTED SELLING | YES NO |
| CORRECT CHANGE | YES NO |
| THANKED | YES NO |

TOTAL POINTS _____

## INTEGRITY:

### CASH:    (11 POINTS)    (1 POINTS EA.)(NOTES)

| | |
|---|---|
| ALL CASH SECURED/CASH REGISTER | YES NO |
| NO BANK BUILDING | YES NO |
| REGISTERED SALE | YES NO |
| DRAWER KEPT CLOSED | YES NO |
| PLACING MONEY IN TIP CUP | YES NO |
| NO CASHING IN TIPS | YES NO |

### OTHER:

### "HONEY DEW PERSONNEL"

| | |
|---|---|
| BEHIND COUNTER ONLY | YES NO |
| ALL PRODUCTS PAID FOR | YES NO |
| PHONE USED BUSINESS ONLY | YES NO |
| "ABSENCE OF LOITERING IN STORE" | YES NO |

TOTAL POINTS _____

PRODUCT / FRESHNESS & TASTE _____

"For further comments please use reverse side."

# "HONEY DEW DONUTS" SUMMARY REPORT

NO OUTSTANDING    90-94: GOOD    85 - 89: POOR    84 - BELOW: F

| DATE | TIME | STORE / LOCATION | TOTAL SCORE | SHOPPER | DE |
|---|---|---|---|---|---|
| 1:30pm | 7-27 | Providence Street | | K3 (CRo) (Wander) | |

## EXTERIOR:    (21 POINTS)    (1 POINT EA.)    (NOTES)

**OUTSIDE SIGNAGE:**
- CLEAN — (YES)  NO
- SIGNAGE MAINTAINED — YES  NO
- SIGN LIT (WORKING ORDER) — (YES)  NO
- NO SMOKING SIGNS — (YES)  NO

**LANDSCAPE CONDITIONS:**
- FREE OF REFUSE — YES  (NO)
- GROUNDS MAINTAINED — (YES)  NO
- CONTAINERS MAINTAINED — (YES)  NO
- BUTT RECEPTACLES CLEAN — (YES)  NO

**DRIVE THRU MENU:**
- CLEAN / READABLE — (YES)  NO
- COMPLETELY LIT — (YES)  NO
- ALL PRICE POINTS LISTED — (YES)  NO

**PARKING LOT:**
- ADEQUATE LIGHTING — (YES)  NO
- LITTER FREE — YES  (NO)
- HANDICAPPED PARKING — (YES)  NO
- ADEQUATE SPACES — (YES)  NO
- STRIPED / GOOD REPAIR — (YES)  NO

**BACK DOOR:**
- CLOSED / LOCKED — (YES)  NO
- CLEAN — (YES)  NO
- ADEQUATE LIGHTING — (YES)  NO

**WINDOWS:**
- CLEAN — (YES)  NO
- FREE OF CLUTTER — (YES)  NO

TOTAL POINTS: 19

## INTERIOR:    (32 POINTS)    (1 POINT EA.)    (NOTES)

**FLOORS:**
- CLEAN / POLISHED — (YES)  NO
- HAZARD FREE — (YES)  NO

**RESTROOMS:**
- EASILY IDENTIFIED — YES  NO
- FLOORS CLEAN — YES  NO
- SINK CLEAN — YES  NO    N/A
- COMMODE CLEAN — YES  NO
- HAND SOAP SUPPLIED — YES  NO
- PAPER GOODS — YES  NO
- NO OFFENSIVE ODORS — YES  NO

**CUSTOMER SEATING:**
- TABLES / SEATS CLEAN — (YES)  NO
- FLOOR UNDER TABLES CLEAN — (YES)  NO
- FREE OF DEBRIS — (YES)  NO
- WINDOW SILLS CLEAN — (YES)  NO

**MENU BOARD:**
- CLEAN — (YES)  NO
- COMPLETELY LIT — (YES)  NO
- PRICE POINTS CURRENT — (YES)  NO
- NO VACANT SPOTS — (YES)  NO
- EASILY UNDERSTOOD — (YES)  NO
- SPECIALS IDENTIFIED — (YES)  NO

**TRASH RECEPTACLES:**
- CLEAN — (YES)  NO
- ADEQUATE AMOUNT OF RECEPTACLES — (YES)  NO

**CEILING LIGHTING:**
- ALL LIGHTS LIT — (YES)  NO
- FIXTURES CLEAN — (YES)  NO

**ATMOSPHERE:**
- TEMP COMFORTABLE — (YES)  NO
- SMELL / FRESH COFFEE — (YES)  NO
- FRIENDLY ATMOSPHERE — (YES)  NO

**KITCHEN VIEW:**
- CLEAN & NEAT — (YES)  NO
- NO UNAUTHORIZED PERSON — (YES)  NO

**COFFEE STATION AREA:**
- CLEAN — (YES)  NO
- NEAT & ORDERLY — (YES)  NO
- GATE CLOSED — (YES)  NO
- FRESH COFFEE MADE — (YES)  NO

TOTAL POINTS: 32

## PRESENTATION:    (17 POINTS)    (1 POINT EA.)    (NOTES)

**TAKE OUT STATIONS / BACK BAR**
- CLEAN — (YES)  NO
- STOCKED — (YES)  NO

**DONUT CASE / FANCY CASE:**
- LABELS CLEAN / GOOD REPAIR — (YES)  NO
- CONSISTENT
- (MATCH COLOR / ALIGN W/PROD) — (YES)  NO
- STOCKED — (YES)  NO
- CASE CLEAN — (YES)  (NO)
- BASKETS / TRAYS - CLEAN LINERS — YES  (NO)
- PROPERLY ALIGNED — (YES)  NO

**SERVICE**
**ASSOCIATES:**
- COMPLETE UNIFORM — (YES)  NO
- NEAT & CLEAN — (YES)  NO
- HAIR RESTRAINTS — (YES)  NO

**COMMENTS:**
good selection of donuts + pastry

**CUSTOMER SERVICE:**
- FRIENDLY GREETING — (YES)  NO
- FAST SERVICE — (YES)  NO
- FILLED ORDER CORRECTLY — (YES)  NO
- SUGGESTED SELLING — (YES)  NO
- CORRECT CHANGE — (YES)  NO
- THANKED — (YES)  NO

TOTAL POINTS: 15

## INTEGRITY:    (30 POINTS)    (3 POINTS EA.)    (NOTES)

**CASH:**
- ALL CASH SECURED / CASH REGISTER — (YES)  NO
- NO BANK BUILDING — YES  NO
- REGISTERED SALE — (YES)  NO
- DRAWER KEPT CLOSED — (YES)  NO
- PLACING MONEY IN TIP CUP — YES  NO
- NO CASHING IN TIPS — (YES)  NO

**ACTIVITIES:**
"HONEY DEW PERSONNEL"
- BEHIND COUNTER ONLY — (YES)  NO
- ALL PRODUCTS PAID FOR — YES  NO
- CONDUCTED BUSINESS ONLY — (YES)  NO
- NO "LOITERING" — (YES)  NO

TOTAL POINTS: 30

**PRODUCT / FRESHNESS & TASTE:** good

"For further comments please use reverse side."

95 - 100: OUTSTANDING        90 -94: GOOD        85 - 89: POOR        84 - BELOW: F

# "HONEY DEW DONUTS" SUMMARY REPORT

DATE **8/23**    TIME **2:45 pm**    STORE/LOCATION/TOTAL SCORE **Providence Street / Warwick**    SHOPPER/INIT **KB**    ( **90** )

## EXTERIOR:    (21 POINTS)    (1 POINT EA.)    (NOTES:)

### OUTSIDE SIGNAGE:
| | | |
|---|---|---|
| CLEAN | YES | NO |
| SIGNAGE MAINTAINED | YES | NO |
| SIGN LIT (WORKING ORDER) | YES | NO |
| NO SMOKING SIGNS | YES | NO |

*NO comment CARDS*

### LANDSCAPE CONDITIONS:
| | | |
|---|---|---|
| FREE OF REFUSE | YES | NO |
| GROUNDS MAINTAINED | YES | NO |
| CONTAINERS MAINTAINED | YES | NO |
| BUTT RECEPTACLES CLEAN | YES | NO |

*a lot of cig-butts — # trash in pkg. lot and in landscaping*

### DRIVE THRU MENU:
| | | |
|---|---|---|
| CLEAN / READABLE | YES | NO |
| COMPLETELY LIT | YES | NO |
| ALL PRICE POINTS LISTED | YES | NO |

### PARKING LOT:
| | | |
|---|---|---|
| ADEQUATE LIGHTING | YES | NO |
| LITTER FREE | YES | NO |
| HANDICAPPED PARKING | YES | NO |
| ADEQUATE SPACES | YES | NO |
| STRIPED / GOOD REPAIR | YES | NO |

### BACK DOOR:
| | | |
|---|---|---|
| CLOSED / LOCKED | YES | NO |
| CLEAN | YES | NO |
| ADEQUATE LIGHTING | YES | NO |

### WINDOWS:
| | | |
|---|---|---|
| CLEAN | YES | NO |
| FREE OF CLUTTER | YES | NO |

TOTAL POINTS: **19**

## INTERIOR:    (32 POINTS)    (1 POINT EA.)    (NOTES:)

### FLOORS:
| | | |
|---|---|---|
| CLEAN / POLISHED | YES | NO |
| HAZARD FREE | YES | NO |

### RESTROOMS:    N/A
| | | |
|---|---|---|
| EASILY IDENTIFIED | YES | NO |
| FLOORS CLEAN | YES | NO |
| SINK CLEAN | YES | NO |
| COMMODE CLEAN | YES | NO |
| HAND SOAP SUPPLIED | YES | NO |
| PAPER GOODS | YES | NO |
| NO OFFENSIVE ODORS | YES | NO |

### CUSTOMER SEATING:
| | | |
|---|---|---|
| TABLES / SEATS CLEAN | YES | NO |
| FLOOR UNDER TABLES CLEAN | YES | NO |
| FREE OF DEBRIS | YES | NO |
| WINDOW SILLS CLEAN | YES | NO |

### MENU BOARD:
| | | |
|---|---|---|
| CLEAN | YES | NO |
| COMPLETELY LIT | YES | NO |
| PRICE POINTS CURRENT | YES | NO |
| NO VACANT SPOTS | YES | NO |
| EASILY UNDERSTOOD | YES | NO |
| SPECIALS IDENTIFIED | YES | NO |

### TRASH RECEPTACLES:
| | | |
|---|---|---|
| CLEAN | YES | NO |
| ADEQUATE AMOUNT OF RECEPTACLES | YES | NO |

### CEILING LIGHTING:
| | | |
|---|---|---|
| ALL LIGHTS LIT | YES | NO |
| FIXTURES CLEAN | YES | NO |

### ATMOSPHERE:
| | | |
|---|---|---|
| TEMP COMFORTABLE | YES | NO |
| SMELL / FRESH COFFEE | YES | NO |
| FRIENDLY ATMOSPHERE | YES | NO |

### KITCHEN VIEW:
| | | |
|---|---|---|
| CLEAN & NEAT | YES | NO |
| NO UNAUTHORIZED PERSON | YES | NO |

### COFFEE STATION AREA:
| | | |
|---|---|---|
| CLEAN | YES | NO |
| NEAT & ORDERLY | YES | NO |
| GATE CLOSED | YES | NO |
| FRESH COFFEE MADE | YES | NO |

TOTAL POINTS: **32**

## PRESENTATION:    (17 POINTS)    (1 POINT EA.)    (NOTES:)

### TAKE OUT STATIONS / BACK BAR:
| | | |
|---|---|---|
| CLEAN | YES | NO |
| STOCKED | YES | NO |

### DONUT CASE / FANCY CASE:
| | | |
|---|---|---|
| LABELS CLEAN / GOOD REPAIR | YES | NO |
| CONSISTENT (MATCH COLOR / ALIGN W/PROD) | YES | NO |
| STOCKED | YES | NO |
| CASE CLEAN | YES | NO |
| BASKETS / TRAYS - CLEAN LINERS | YES | NO |
| PROPERLY ALIGNED | YES | NO |

### SERVICE ASSOCIATES:
| | | |
|---|---|---|
| COMPLETE UNIFORM | YES | NO |
| NEAT & CLEAN | YES | NO |
| HAIR RESTRAINTS | YES | NO |

*Waitress - 2 no Hat*

### COMMENTS:
*pastry case only 1/2 full — not too many to choose from*

### CUSTOMER SERVICE:
| | | |
|---|---|---|
| FRIENDLY GREETING | YES | NO |
| FAST SERVICE | YES | NO |
| FILLED ORDER CORRECTLY | YES | NO |
| SUGGESTED SELLING | YES | NO |
| CORRECT CHANGE | YES | NO |
| THANKED | YES | NO |

TOTAL POINTS: **12**

## INTEGRITY:    (10 POINTS)    (1 POINTS EA.)    (NOTES:)

### CASH:
| | | |
|---|---|---|
| ALL CASH SECURED/CASH REGISTER | YES | NO |
| NO BANK BUILDING | YES | NO |
| REGISTERED SALE | YES | NO |
| DRAWER KEPT CLOSED | YES | NO |
| PLACING MONEY IN TIP CUP | YES | NO |
| NO CASHING IN TIPS | YES | NO |

*Slow service because Waitress on phone*

### ACTIVITIES:
| | | |
|---|---|---|
| "HONEY DEW PEP" | YES | NO |
| BEHIND COUNTER ONLY | YES | NO |
| ALL PRODUCTS PAID FOR | YES | NO |
| PHONE USED BUSINESS ONLY | YES | NO |
| ABSENCE OF LOITERING IN STORE | YES | NO |

TOTAL POINTS: **27**

## PRODUCT / FRESHNESS / TASTE:

*"For further comments please use reverse side."*

COMMENT CARDS
WARWICK STORE #R35
STORE REP - BOB

| DATE | TIME | COMMENTS | NAME | ADDRESS | PHONE # |
|---|---|---|---|---|---|
| 5/15/2002 | 5:30PM | Overall superior | | | |
| 6/1/2001 | 3:00PM | Overall superior. Sunshine Tillinghast best worker | Jen Chouinard | 15 Prospect Hill Ave | 826-7543 |
| 7/10/2002 | 8:21AM | Overall superior. Very good service. Leigh and Cindy are very polite and | Tarah Oriel | 479 Prov. Street B6 | 823-1698 |
| 7/20/2002 | 2:30PM | efficient workers | Ron Gosselin | 1447 Main | 826-3391 |
| 9/25/2002 | 3:45PM | Overall superior. Coraller was very helpful and gave prompt service | | | |
| 9/28/2002 | 2:30PM | Overall good. Nice employees | Karen Pucella | 10 Donnellann Warwick, RI | 822-1933 |
| 10/1/2002 | 4:30PM | Overall superior. Pleasant young lady | | | |
| | | Overall superior | Karen Pucella | | |

# Honey Dew Donuts Shop Visitation Report

**Shop Address:**

| | Acceptable | Unacceptable | Comments |
|---|---|---|---|
| **Date:** | | | **Time:** |
| **Exterior** | | | |
| Parking Lot (clean & striped) | | | |
| Lights & Signs (clean, working) | | ✓ | |
| Walks (clean, free of ice & debris) | | ✓ | |
| Curbs (swept) | ✓ | | |
| Trash Receptacles (clean & covered) | ✓ | | |
| Windows & Sills (clean) | ✓ | | |
| Dumpster Area (clean, closed) | ✓ | | |
| **Dining Room** | | | |
| Tables & Chairs (clean) | ✓ | | |
| Trash Receptacles (clean, empty) | ✓ | | |
| Napkin & Condiment Holders (HD logo) | ✓ | | |
| Floors & Baseboards (clean) | ✓ | | |
| Ceiling, Lights & Vents (clean) | ✓ | | |
| **Rest Rooms** | | | |
| Trash Receptacles (clean, empty) | | ☆ | |
| Mirrors (clean, no streaks) | ✓ | | Stocked |
| Toilets (clean, odor free) | ✓ | | Foot → |
| Sink (clean, hot water) | ✓ | | |
| Towels, Hand Dryer | ✓ | | INSIDE BATHRoom |
| Toilet Paper | ✓ | | |
| Floors & Baseboards (clean) | ✓ | | |
| Ceiling, Lights & Vents | ✓ | | |
| **Service/Counter Area** | | | |
| Register Area (clean, organized) | | | |
| Crew in Uniform (proper uniform, clean) | | ✓ | |
| Crew Attitude & Customer Service | | | OUT) Uniform |
| Counters and Woodwork | ✓ | | No Hats |
| Menuboards (clean, lit, proper pricing) | ✓ | | |
| Stock Shelves (clean, organized) | ✓ | ✓ | outside Freezer |
| Work surfaces | ✓ | | |
| Reach in Coolers (clean, stocked) | ✓ | | |
| Equipment & Stainless | | | |
| Coffee Equipment (coffee weight) | | | |
| Sanitizing Bucket & Cloths | | | |
| Sinks | ✓ | | Not being used |
| Product levels | ✓ | | |
| Display Cases (condition, lights, labels) | ✓ | ✓ | Lights out in ALL Cases! |

All items must be in good repair and in working condition.

# LANDSCAPING NEEDS to be Done
# Return Sign Not working

# Honey Dew Donuts Shop Visitation Report

| Shop Address: | Date: | | Time: |
|---|---|---|---|
| | Acceptable | Unacceptable | Comments |
| **Exterior** | | | |
| Parking Lot (clean & striped) | | | |
| Lights & Signs (clean, working) | | ✓ | |
| Walks (clean, free of ice & debris) | | ✓ | PAPER SIGNS -TAPE |
| Curbs (swept) | ✓ | | |
| Trash Receptacles (clean & covered) | ✓ | | |
| Windows & Sills (clean) | ✓ | | |
| Dumpster Area (clean, closed) | ✓ | | |
| **Dining Room** | | | |
| Tables & Chairs (clean) | | | |
| Trash Receptacles (clean, empty) | ✓ | | |
| Napkin & Condiment Holders (HD logo) | ✓ | | |
| Floors & Baseboards (clean) | ✓ | | |
| Ceiling, Lights & Vents (clean) | ✓ | | |
| **Rest Rooms** | | | |
| Trash Receptacles (clean, empty) | ✓ | | |
| Mirrors (clean, no streaks) | ✓ | | |
| Toilets (clean, odor free) | ✓ | | |
| Sink (clean, hot water) | ✓ | | FOOD + PAPER |
| Towels, Hand Dryer | ✓ | | CUPS IN BATHROOM |
| Toilet Paper | ✓ | | |
| Floors & Baseboards (clean) | ✓ | | |
| Ceiling, Lights & Vents | ✓ | | |
| **Service/Counter Area** | | | |
| Register Area (clean, organized) | ✓ | | |
| Crew in Uniform (proper uniform, clean) | | ✓ | |
| Crew Attitude & Customer Service | | ✓ | OLD Shirt No Hat |
| Counters and Woodwork | ✓ | | |
| Menuboards (clean, lit, proper pricing) | ✓ | | |
| Stock Shelves (clean, organized) | ✓ | | |
| Work surfaces | ✓ | | |
| Reach in Coolers (clean, stocked) | ✓ | | |
| Equipment & Stainless | | ✓ | Empty Cooler! |
| Coffee Equipment (coffee weight) | ✓ | | |
| Sanitizing Bucket & Cloths | | ✓ | Not being used |
| Sinks | ✓ | | |
| Product levels | ✓ | | |
| Display Cases (condition, lights, labels) | | ✓ | Lites out! |

All items must be in good repair and in working condition.

#1 OUTSIDE SIGN DAMAGE + RUST
#1 OUTSIDE MENU - PAPER SIGNS AND TAPE
#1 Parking Lot NEEDS to be SEAL COATED

#1 Gourmet Coffee Sign Ov

P# 35
Prov. St
10:38
A.
6/16

95 - 100: OUTSTANDING          90 - 94: GOOD          85 - 89: POOR          84 - BELOW: [?]

# "HONEY DEW DONUTS" SUMMARY REPORT

DATE 2-23-03   TIME 3:00pm   STORE LOCATION Providence St. in Warwick RI   TOTAL SCORE   SHOPPER   ID#   83

## EXTERIOR:                    (21 POINTS)    (1 POINT EA.)   (NOTES)

**OUTSIDE SIGNAGE:**
CLEAN — YES / NO
SIGNAGE MAINTAINED — YES / NO
SIGN LIT (WORKING ORDER) — YES / NO
NO SMOKING SIGNS — YES / NO

**LANDSCAPE CONDITIONS:**
FREE OF REFUSE — YES / NO
GROUNDS MAINTAINED — YES / NO
CONTAINERS MAINTAINED — YES / NO
BUTT RECEPTACLES CLEAN — YES / NO

**DRIVE THRU MENU:**
CLEAN / READABLE — YES / NO
COMPLETELY LIT — YES / NO
ALL PRICE POINTS LISTED — YES / NO

**PARKING LOT:**
ADEQUATE LIGHTING — YES / NO
LITTER FREE — YES / NO
HANDICAPPED PARKING — YES / NO
ADEQUATE SPACES — YES / NO
STRIPED / GOOD REPAIR — YES / NO

**BACK DOOR:**
CLOSED / LOCKED — YES / NO
CLEAN — YES / NO
ADEQUATE LIGHTING — YES / NO

**WINDOWS:**
CLEAN — YES / NO
FREE OF CLUTTER — YES / NO

TOTAL POINTS   21

## INTERIOR:                    (32 POINTS)    (1 POINT EA.)   (NOTES)

**FLOORS:**
CLEAN / POLISHED — YES / NO
HAZARD FREE — YES / NO

**RESTROOMS:**                  N/A
EASILY IDENTIFIED — YES / NO
FLOORS CLEAN — YES / NO
SINK CLEAN — YES / NO
COMMODE CLEAN — YES / NO
HAND SOAP SUPPLIED — YES / NO
PAPER GOODS — YES / NO
NO OFFENSIVE ODORS — YES / NO

**CUSTOMER SEATING:**
TABLES / SEATS CLEAN — YES / NO
FLOOR UNDER TABLES CLEAN — YES / NO
FREE OF DEBRIS — YES / NO
WINDOW SILLS CLEAN — YES / NO

**MENU BOARD:**
CLEAN — YES / NO
COMPLETELY LIT — YES / NO
PRICE POINTS CURRENT — YES / NO
NO VACANT SPOTS — YES / NO
EASILY UNDERSTOOD — YES / NO
SPECIALS IDENTIFIED — YES / NO

**TRASH RECEPTACLES:**
CLEAN — YES / NO
ADEQUATE AMOUNT OF RECEPTACLES — YES / NO

**CEILING LIGHTING:**
ALL LIGHTS LIT — YES / NO
FIXTURES CLEAN — YES / NO

**ATMOSPHERE:**
TEMP COMFORTABLE — YES / NO
SMELL / FRESH COFFEE — YES / NO
FRIENDLY ATMOSPHERE — YES / NO

**KITCHEN VIEW:**
CLEAN & NEAT — YES / NO
NO UNAUTHORIZED PERSON — YES / NO

**COFFEE STATION AREA:**
CLEAN — YES / NO
NEAT & ORDERLY — YES / NO
GATE CLOSED — YES / NO
FRESH COFFEE MADE — YES / NO

TOTAL POINTS   31

## PRESENTATION:                (17 POINTS)    (1 POINT EA.)   (YES)

**TAKE OUT STATIONS / BACK BAR**
CLEAN — YES / NO  most products
STOCKED — YES / NO  have no

**DONUT CASE / FANCY CASE:**
LABELS CLEAN / GOOD REPAIR — YES / NO   labels
CONSISTENT — YES / NO
(MATCH COLOR / ALIGN W/PROD)
STOCKED — YES / NO
CASE CLEAN — YES / NO
BASKETS / TRAYS - CLEAN LINERS — YES / NO
PROPERLY ALIGNED — YES / NO

**SERVICE ASSOCIATES:**
COMPLETE UNIFORM — YES / NO
NEAT & CLEAN — YES / NO - 2  I waited no
HAIR RESTRAINTS — YES / NO   hat

**COMMENTS:**
no good selection of Donuts
limited sel. at parts
# Cntrl Res. stockles co.
1 stole

**CUSTOMER SERVICE:**
FRIENDLY GREETING — YES / NO
FAST SERVICE — YES / NO
FILLED ORDER CORRECTLY — YES / NO
SUGGESTED SELLING — YES / NO
CORRECT CHANGE — YES / NO
THANKED — YES / NO

TOTAL POINTS   11

## INTEGRITY:                   (8 POINTS)     (1 POINTS EA.)  (NOTES)

**CASE:**
ALL CASH SECURED/CASH REGISTER — YES / NO
NO BANK BUILDING — YES / NO
REGISTERED SALE — YES / NO
DRAWER KEPT CLOSED — YES / NO
PLACING MONEY IN TIP CUP — YES / NO
NO CASHING IN TIPS — YES / NO

**ACTIVITIES:**
"HONEY DEW PERSONNEL"
BEHIND COUNTER ONLY — YES / NO
ALL PRODUCT ___ JR — YES / NO
"HONE USED BUSINESS ONLY — YES / NO
ABSENCE OF LOITERING
IN STORE" — YES / NO

TOTAL POINTS   30

**PRODUCT / FRESHNESS & TASTE:**   good

"For further comments please use reverse side."

**HONEY DEW DONUTS**
**345 PROVIDENCE ST, WARWICK**
**SHOP REVIEW**

**DATE OF SHOP**: 2/23/03

**TIME OF SHOP**: 5:14 AM

**STATION SHOPPED**: Counter

**PERSONNEL**:

Employee #1: White male, average height and build, short brown hair.

**EMPLOYEE DRESS CODE**:

The employee was neat in appearance, and well groomed. Employee was not wearing a hat or visor.

**STAFFING**:

Staffing was adequate for the customer traffic observed. There was one employee on duty.

**STOCK CONDITIONS:**

The coolers were stocked.

**PRICES**:

The prices were consistent with the menu and previous visits.

**CUSTOMER SERVICE**:

Upon entering the store, I approached the counter and was greeted by employee #1. He asked if he could help me and I ordered a small coffee and donut. He promptly served the coffee and donut. He asked me if I would like anything else. I told him I was all set. He rang in my transaction , took my money and returned the proper change.

Employee #1 was professional, polite and pleasant in his manner.

# HONEY DEW DONUTS
## 345 PROVIDENCE STREET, WARWICK
### SHOP REVIEW

## QUALITY:

The coffee was fresh, hot and prepared as requested; the temperature of the coffee was 150 degrees.

## SALES/PROPER REGISTER PROCEDURE:

All sales observed appeared to be properly and promptly rung into the register.

## FACILITY:

Parking Lot:  The parking lot was clean and free of hazards.

Entry:  The entry was clean and presentable with no obstructions.

Floors:  The floors needed clean and free of debris.  No safety hazards were observed.

Counter and Tables:  The tables and counter were clean and wiped down.

Room Temperature:  The room temperature was comfortable.

Exterior Lighting: The exterior lighting was on.

Interior Lighting: The interior lighting was on.

Restroom: N/A.

## MISCELLANEOUS:

Customer Traffic:  Customer traffic was light.

Customer Comments:  No pertinent comments were heard.

Employee Consumption:  No employee consumption was observed.

95 - 100: OUTSTANDING          90 - 94: GOOD          85 - 89: POOR          84 - BELOW: FAIL

# "HONEY DEW DONUTS" SUMMARY REPORT

| DATE | TIME | STORE# LOCATION/TOTAL SCORE | SHOPPER | DSR |
|---|---|---|---|---|
| | 1:55 pm | Providence Street   LB | | 94 |

## EXTERIOR:

**OUTSIDE SIGNAGE:** (2 POINTS) (1 POINT EA.) (NOTES)

| | | |
|---|---|---|
| CLEAN | YES | NO |
| SIGNAGE MAINTAINED | YES | NO |
| SIGN LIT (WORKING ORDER) | YES | NO |
| NO SMOKING SIGNS | YES | NO |

**LANDSCAPE CONDITIONS:**

| | | |
|---|---|---|
| FREE OF REFUSE | YES | NO |
| GROUNDS MAINTAINED | YES | NO |
| CONTAINERS MAINTAINED | YES | NO |
| BUTT RECEPTACLES CLEAN | YES | NO |

**DRIVE THRU MENU:**

| | | |
|---|---|---|
| CLEAN / READABLE | YES | NO |
| COMPLETELY LIT | YES | NO |
| ALL PRICE POINTS LISTED | YES | NO |

**PARKING LOT:**

| | | |
|---|---|---|
| ADEQUATE LIGHTING | YES | NO |
| LITTER FREE | | |
| HANDICAPPED PARKING | YES | NO |
| ADEQUATE SPACES | | |
| STRIPED / GOOD REPAIR | YES | NO |

**BACK DOOR:**

| | | |
|---|---|---|
| CLOSED / LOCKED | YES | NO |
| CLEAN | | |
| ADEQUATE LIGHTING | | |

**WINDOWS:**

| | | |
|---|---|---|
| CLEAN | YES | NO |
| FREE OF CLUTTER | YES | NO |

TOTAL POINTS: _21_

## INTERIOR:

**FLOORS:** (32 POINTS) (1 POINT EA.) (NOTES)

| | | |
|---|---|---|
| CLEAN / POLISHED | YES | NO |
| HAZARD FREE | YES | NO |

**RESTROOMS:**

| | | |
|---|---|---|
| EASILY IDENTIFIED | YES | NO |
| FLOORS CLEAN | YES | NO |
| SINK CLEAN | YES | NO |
| COMMODE CLEAN | YES | NO |
| HAND SOAP SUPPLIED | YES | NO |
| PAPER GOODS | YES | NO |
| NO OFFENSIVE ODORS | YES | NO |

N/A

**CUSTOMER SEATING:**

| | | |
|---|---|---|
| TABLES / SEATS CLEAN | YES | NO -1 |
| FLOOR UNDER TABLES CLEAN | YES | NO |
| FREE OF DEBRIS | YES | NO |
| WINDOW SILLS CLEAN | YES | NO |

**MESSAGE BOARD:**

| | | |
|---|---|---|
| CLEAN | YES | NO |
| COMPLETELY LIT | YES | NO |
| PRICE POINTS CURRENT | YES | NO |
| NO VACANT SPOTS | YES | NO |
| EASILY UNDERSTOOD | YES | NO |
| SPECIALS IDENTIFIED | YES | NO |

**TRASH RECEPTACLES:**

| | | |
|---|---|---|
| CLEAN | YES | NO |
| ADEQUATE AMOUNT OF RECEPTACLES | YES | NO |

**CEILING LIGHTING:**

| | | |
|---|---|---|
| ALL LIGHTS LIT | | |
| FIXTURES CLEAN | YES | NO |

**ATMOSPHERE:**

| | | |
|---|---|---|
| TEMP COMFORTABLE | YES | NO |
| SMELL / FRESH COFFEE | YES | NO |
| FRIENDLY ATMOSPHERE | YES | NO |

**KITCHEN VIEW:**

| | | |
|---|---|---|
| CLEAN & NEAT | | |
| NO UNAUTHORIZED PERSON | YES | NO |

**COFFEE STATION/AREA:**

| | | |
|---|---|---|
| CLEAN | YES | NO |
| NEAT & ORDERLY | YES | NO |
| GATE CLOSED | YES | NO |
| FRESH COFFEE MADE | YES | NO |

TOTAL POINTS: _31_

## PRESENTATION: (17 POINTS) (1 POINT EA.) (NOTES)

**TAKE OUT STATIONS / BACK BAR**

| | | |
|---|---|---|
| CLEAN | YES | NO |
| STOCKED | YES | NO |

**DONUT CASE / FANCY CASE:**

| | | |
|---|---|---|
| LABELS CLEAN / GOOD REPAIR | YES | NO |
| CONSISTENT | | |
| (MATCH COLOR / ALIGN W/PROD) | YES | NO |
| STOCKED | YES | NO |
| CASE CLEAN | YES | NO |
| BASKETS / TRAYS - CLEAN LINERS | YES | NO |
| PROPERLY ALIGNED | YES | NO |

**SERVICE**

**ASSOCIATES:**

| | | |
|---|---|---|
| COMPLETE UNIFORM | YES | NO - 1  low hair |
| NEAT & CLEAN | YES | NO |
| HAIR RESTRAINTS | YES | NO - 2  no hat |

**COMMENTS:**

good selection of pastries

**CUSTOMER SERVICE:**

| | | |
|---|---|---|
| FRIENDLY GREETING | YES | NO |
| FAST SERVICE | YES | NO |
| FILLED ORDER CORRECTLY | YES | NO |
| SUGGESTED SELLING | YES | NO |
| CORRECT CHANGE | YES | NO |
| THANKED | YES | NO |

TOTAL POINTS: _15_

## INTEGRITY: (10 POINTS) (1 POINT EA.) (NOTES)

**CASH:**

| | | |
|---|---|---|
| ALL CASH SECURED / CASH REGISTER | YES | NO |
| NO BANK BUILDING | YES | NO |
| REGISTERED SALE | YES | NO |
| DRAWER KEPT CLOSED | YES | NO |
| PLACING MONEY IN TIP CUP | YES | NO |
| NO CASHING IN TIPS | YES | NO |

friend in store → visiting

**ACTIVITIES:**

| | | |
|---|---|---|
| "HONEY DEW PERSONNEL" | | |
| BEHIND COUNTER ONLY | YES | NO |
| ALL PRODUCTS | YES | NO |
| "HONE USED BUSINESS ONLY | YES | NO |
| ABSENCE OF LOITERING IN STORE | YES | NO |

TOTAL POINTS: _21_

**PRODUCT / FRESHNESS & TASTE:**   good

*For further comments please use reverse side.*

**HONEY DEW DONUTS**
**345 PROVIDENCE ST, WARWICK**
**SHOP REVIEW CLOSING**

**DATE OF SHOP**: 5/27/03

**TIME OF SHOP**: 9:40 PM

**STATION SHOPPED**: Counter

**PERSONNEL**:

Employee #1: White female, average height and build, long light brown hair.

**EMPLOYEE DRESS CODE**:

The employee was neat in appearance, properly dressed and well groomed; she was not wearing a visor...

**STAFFING**:

Staffing was more than adequate for the customer traffic observed. There was one employee on duty.

**PRICES**:

The prices were consistent with the menu and previous visits.

**STOCK CONDITIONS:**

All coolers were full.

NO DONUTS AVAILABLE, EMPLOYEE SAID SHE DISCARDED THEM AT 9:15 PM.

**CUSTOMER SERVICE**:

Upon entering the store, I approached the counter and was greeted by employee #1. She asked if she could help me and I ordered a small coffee. She promptly served the coffee and asked me if I would like anything else. I told her I was all set. She rang in my transaction, took my money and returned the proper change.

**HONEY DEW DONUTS**
**WARWICK, RI**
**SHOP REVIEW**

Employee #1 was professional, polite and pleasant in her manner.

## QUALITY:

The coffee was fresh, hot and prepared as requested; the temperature of the coffee was 156 degrees.

## SALES/PROPER REGISTER PROCEDURE:

All sales observed appeared to be properly and promptly rung into the register.

## FACILITY:

Parking Lot:  The parking lot was clean and free of litter and debris.

Entry:  The entry was clean and presentable with no obstructions.

Floors:  The floor was clean and free of debris. No safety hazards were observed.

Counter and Tables:  The tables and counter were clean and wiped down.

Room Temperature:  The room temperature was comfortable.

Exterior Lighting: All exterior lighting was on.

Interior Lighting: All interior lighting was on.

Restroom: N/A

## MISCELLANEOUS:

Customer Traffic:  Customer traffic was slow.

Customer Comments:  No pertinent comments were heard.

Employee Consumption:  No employee consumption was observed.

**HONEY DEW DONUTS**
**345 PROVIDENCE ST, WARWICK**
**SHOP REVIEW CLOSING**

**DATE OF SHOP**: 6/11/03

**TIME OF SHOP**: 8:45 PM   both the front door and the drive-up window were open.

**STATION SHOPPED**: Counter

**PERSONNEL**:

Employee #1: White male, average height and build, short brown hair.

**EMPLOYEE DRESS CODE**:

The employee was neat in appearance, properly dressed and well groomed; he was not wearing a visor...

**STAFFING**:

Staffing was more than adequate for the customer traffic observed. There was one employee on duty.

**PRICES**:

The prices were consistent with the menu and previous visits.

**STOCK CONDITIONS**:

All coolers were full.

**CUSTOMER SERVICE**:

Upon entering the store, I approached the counter and was greeted by employee #1. He asked if she could help me and I ordered a small coffee. He promptly served the coffee and asked me if I would like anything else. I told him I was all set. He rang in my transaction, took my money and returned the proper change.

Employee #1 was professional, polite and pleasant in his manner.

# HONEY DEW DONUTS
## WARWICK, RI
## SHOP REVIEW

## QUALITY:

The coffee was fresh, hot and prepared as requested; the temperature of the coffee was 150 degrees.

## SALES/PROPER REGISTER PROCEDURE:

All sales observed appeared to be properly and promptly rung into the register.

## FACILITY:

Parking Lot:  The parking lot was clean and free of litter and debris.

Entry:  The entry was clean and presentable with no obstructions.

Floors:  The floor was clean and free of debris. No safety hazards were observed.

Counter and Tables:  The tables and counter were clean and wiped down.

Room Temperature:  The room temperature was comfortable.

Exterior Lighting: All exterior lighting was on. There was however one small exit sign in the parking lot that was not lighted

Interior Lighting: All interior lighting was on.

Restroom: N/A

## MISCELLANEOUS:

Customer Traffic:  Customer traffic was slow.

Customer Comments:  No pertinent comments were heard.

Employee Consumption:  No employee consumption was observed.

**HONEY DEW DONUTS**
**PROVIDENCE ST, WARWICK**
**SHOP REVIEW**
**OPENING**

**DATE OF SHOP**: 7/31/03

**TIME OF SHOP**: 5:09 AM

**STATION SHOPPED**: Counter

**PERSONNEL**:

Employee #1:  White female, average height with a heavy build, long black hair in a ponytail.

**EMPLOYEE DRESS CODE**:

The employee was neat in appearance, properly dressed and well groomed; she was wearing a visor...

**STAFFING**:

Staffing was more than adequate for the customer traffic observed. There was one employee on duty.

**PRICES**:

The prices were consistent with the menu and previous visits.

**STOCK CONDITIONS:**

Coolers were full.

**CUSTOMER SERVICE**:

Upon entering the store, I approached the counter and was greeted by employee #1. She asked if she could help me and I ordered a small coffee. She promptly served the coffee and asked me if I would like anything else. I told her I was all set. She rang in my transaction, took my money and returned the proper change.

**HONEY DEW DONUTS**
**PROVIDENCE ST, WARWICK**
**SHOP REVIEW**

Employee #1 was professional, polite and pleasant in her manner.

**QUALITY**:

The coffee was fresh, hot and prepared as requested; the temperature of the coffee was 148 degrees.

**SALES/PROPER REGISTER PROCEDURE**:

All sales observed appeared to be properly and promptly rung into the register.

**FACILITY**:

Parking Lot:  The parking lot was clean and free of litter and debris.

Entry:  The entry was clean and presentable with no obstructions.

Floors:  The floors were clean. No safety hazards were observed.

Counter and Tables:  The tables and counter were clean and wiped down.

Room Temperature:  The room temperature was comfortable.

Exterior Lighting: All exterior lighting was on.

Interior Lighting: All interior lighting was on.

Restroom: N/A

**MISCELLANEOUS**:

Customer Traffic:  Customer traffic was light.

Customer Comments:  No pertinent comments were heard.

Employee Consumption:  No employee consumption was observed.

COMMENT CARDS
WARWICK STORE #R35
STORE REP - BOB

| DATE | TIME | COMMENTS | NAME | ADDRESS | PHONE # |
|------|------|----------|------|---------|---------|
| 5/4/2003 | 3:40PM | Overall v.good. Can you please get back the chicken salad from Willow Tree Farms. It was excellent. | Charles Debritto | 600 Providence Street | 822-5140 |
| 5/22/2003 | AM | Overall superior. They stopped carrying Willow Tree chicken salad. Please bring it back real soon. I was very disappointed when they discontinued it. | P. Bonin | W. Warwick, RI | |
| 9/28/2003 | 12:00PM | Overall superior. Was pleased with the two well mannered counter girls, but was upset because the new promotion (sweet 30) did not begin because there were no stamped cups | Karen Pucella | 1 O'Donnell Ave. Warwick, RI 02886 | |