UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS



BOWEN INVESTMENT, INC. and
HONEY DEW ASSOCIATES,
INC.
        Plaintiffs,
v.

S.G.B., LTD.,
GUY BISSONNETTE,
GARY GREAVES, and
ROGER A. SPINA,
        Defendants.

C.A. No. 03-12509-PBS

## AFFIDAVIT OF ROGER SPINA, CPA

Now comes Roger Spina, CPA, President of S.G.B, Ltd and under oath depose and state the following:

1. I am part owner and president of S.G.B., Ltd., which owns the Honey Dew Donuts® franchise located at 343-345 Providence Street, Warwick, Rhode Island.

2. I have been the president and one of the owners from the inception of the corporation.

3. In June of 2003 there was in fact money due to the Plaintiff, Bowen Investments, under the franchise agreement. These funds were immediately paid upon notice to the Plaintiff which cured the default.

4. The corporation received a default notice in November of 2003, again concerning non-payment of a September bill. This bill was paid shortly thereafter. See attachments.

5. The Defendants' corporation has not received any notice of defaults on payments since that time.

6. The Plaintiffs' issued a notice of default concerning an outside appearance at the Honey Dew Donuts® in Warwick, Rhode Island. This site inspection had occurred in April of 2003.



**PERSONAL MONEY ORDER** 353878577

Memo

Issued by Integrated Payment Systems, Inc., Englewood, Colorado 82-40/1021
Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

Date NOV __, 03

NOT VALID OVER $1000

NOTE: THE PURCHASER OF THIS MONEY ORDER AGREES TO INSERT IN INK, THE PAYEE'S NAME AND ADDRESS, AND ASSUMES ALL RESPONSIBILITY FOR ALL EVENTS MADE POSSIBLE BY FAILURE TO DO SO.

PAY TO THE ORDER OF

NON NEGOTIABLE
SIGNATURE
CUSTOMER COPY

RETAIN THIS COPY FOR YOUR RECORDS    BRISTOL BRANCH

---

**PERSONAL MONEY ORDER** 353878579

Memo

Issued by Integrated Payment Systems, Inc., Englewood, Colorado 82-40/1021
Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

Date NOV 04, 03

NOT VALID OVER $1000

PAY TO THE ORDER OF

Bowen Investment Inc.

NON NEGOTIABLE
SIGNATURE
CUSTOMER COPY

RETAIN THIS COPY FOR YOUR RECORDS    BRISTOL BRANCH

---

**PERSONAL MONEY ORDER** 353878578

Memo

Issued by Integrated Payment Systems, Inc., Englewood, Colorado 82-40/1021
Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

Date NOV __, 03

NOT VALID OVER $1000

PAY TO THE ORDER OF

NON NEGOTIABLE
SIGNATURE
CUSTOMER COPY

Warwick, RI 02667

RETAIN THIS COPY FOR YOUR RECORDS    BRISTOL BRANCH

## "HONEY DEW DONUTS" SUMMARY REPORT

95 - 100: OUTSTANDING    90 -94: GOOD    (85 - 89: POOR)    84 - BELOW: F

DATE: 4-13-02   TIME: 3:15pm   STORE# LOCATION: Providence St.   TOTAL SCORE: 89   SHOPPER: KB

### EXTERIOR: (21 POINTS) (1 POINT EA.) (NOTES:)

**OUTSIDE SIGNAGE:**
- CLEAN — YES
- SIGNAGE MAINTAINED — YES
- SIGN LIT (WORKING ORDER) — YES
- NO SMOKING SIGNS — YES

**LANDSCAPE CONDITIONS:**
- FREE OF REFUSE — NO — "a lot of trash in landscape, hubcaps have been here for months"
- GROUNDS MAINTAINED — NO
- CONTAINERS MAINTAINED — YES
- BUTT RECEPTACLES CLEAN — YES

**DRIVE THRU MENU:**
- CLEAN / READABLE — YES
- COMPLETELY LIT — YES
- ALL PRICE POINTS LISTED — YES

**PARKING LOT:**
- ADEQUATE LIGHTING — YES
- LITTER FREE — YES
- HANDICAPPED PARKING — NO -1
- ADEQUATE SPACES — YES
- STRIPED / GOOD REPAIR — YES

**BACK DOOR:**
- CLOSED / LOCKED — YES
- CLEAN — YES
- ADEQUATE LIGHTING — YES

**WINDOWS:**
- CLEAN — YES
- FREE OF CLUTTER — YES

TOTAL POINTS: 18

### INTERIOR: (32 POINTS) (1 POINT EA.) (NOTES:)

**FLOORS:**
- CLEAN / POLISHED — YES
- HAZARD FREE — YES

**RESTROOMS:** N/A
- EASILY IDENTIFIED — YES
- FLOORS CLEAN — YES
- SINK CLEAN — YES
- COMMODE CLEAN — YES
- HAND SOAP SUPPLIED — YES
- PAPER GOODS — YES
- NO OFFENSIVE ODORS — YES

**CUSTOMER SEATING:**
- TABLES / SEATS CLEAN — YES
- FLOOR UNDER TABLES CLEAN — YES
- FREE OF DEBRIS — YES
- WINDOW SILLS CLEAN — YES

**MENU BOARD:**
- CLEAN — YES
- COMPLETELY LIT — YES
- PRICE POINTS CURRENT — YES
- NO VACANT SPOTS — YES
- EASILY UNDERSTOOD — YES
- SPECIALS IDENTIFIED — YES

**TRASH RECEPTACLES:**
- CLEAN — YES
- ADEQUATE AMOUNT OF RECEPTACLES — YES

**CEILING LIGHTING:**
- ALL LIGHTS LIT — YES
- FIXTURES CLEAN — YES

**ATMOSPHERE:**
- TEMP COMFORTABLE — YES
- SMELL / FRESH COFFEE — YES
- FRIENDLY ATMOSPHERE — YES

**KITCHEN VIEW:**
- CLEAN & NEAT — YES
- NO UNAUTHORIZED PERSON — YES

**COFFEE STATION AREA:**
- CLEAN — YES
- NEAT & ORDERLY — YES
- GATE CLOSED — YES
- FRESH COFFEE MADE — YES

TOTAL POINTS: 32

### PRESENTATION: (17 POINTS) (1 POINT EA.) (NOTES:)

**TAKE OUT STATIONS / BACK BAR:**
- CLEAN — YES
- STOCKED — YES

**DONUT CASE / FANCY CASE:**
- LABELS CLEAN / GOOD REPAIR — YES
- CONSISTENT — NO — "Not all have labels"
- (MATCH COLOR / ALIGN W/PROD)
- STOCKED — YES
- CASE CLEAN — YES
- BASKETS / TRAYS - CLEAN LINERS — YES
- PROPERLY ALIGNED — NO -1

**SERVICE**
- YES -1

**ASSOCIATES:**
- COMPLETE UNIFORM — NO -2 "No Hat"
- NEAT & CLEAN — YES
- HAIR RESTRAINTS — NO "no hairnets"

**COMMENTS:** OK selection — very good for donuts, ok for pastry

**CUSTOMER SERVICE:** very friendly
- FRIENDLY GREETING — YES
- FAST SERVICE — YES
- FILLED ORDER CORRECTLY — YES
- SUGGESTED SELLING — YES
- CORRECT CHANGE — YES
- THANKED — YES

TOTAL POINTS: 12

### INTEGRITY: (30 POINTS) (3 POINTS EA.) (NOTES:)

**CASH:**
- ALL CASH SECURED/CASH REGISTER — YES
- NO BANK BUILDING — YES
- REGISTERED SALE — YES
- DRAWER KEPT CLOSED — YES
- PLACING MONEY IN TIP CUP — YES
- NO CASHING IN TIPS — YES

"friends visiting"

**ACTIVITIES:**
- "HONEY DEW PERSONNEL" BEHIND COUNTER ONLY — YES
- ALL PRODUCTS PAID FOR — YES
- PHONE USED BUSINESS ONLY — YES
- "ABSENCE OF LOITERING IN STORE" — NO -3

**PRODUCT/FRESHNESS & TASTE:** Good

TOTAL POINTS: ___

"For further comments..."

95 - 100: OUTSTANDING    •    90 - 94: GOOD    •    85 - 89: POOR    •    84 - BELOW: F

# "HONEY DEW DONUTS" SUMMARY REPORT

| DATE | TIME | STORE # | LOCATION | TOTAL SCORE | SHOPPER | ID |
|---|---|---|---|---|---|---|
| 8/30 | 5:45pm | | Providence St Warwick RI | | | |

### EXTERIOR: (21 POINTS) (1 POINT EA.) (NOTES:)

**OUTSIDE SIGNAGE:**
- CLEAN — YES / NO
- SIGNAGE MAINTAINED — YES / NO — cannot
- SIGN LIT (WORKING ORDER) — YES / NO — read
- NO SMOKING SIGNS — YES / NO

**LANDSCAPE CONDITIONS:** — org butts / only
- FREE OF REFUSE — YES / NO — outside
- GROUNDS MAINTAINED — YES / NO — light one
- CONTAINERS MAINTAINED — YES / NO — 8:00-10:00
- BUTT RECEPTACLES CLEAN — YES / NO — inside

**DRIVE THRU MENU:** — light
- CLEAN / READABLE — YES / NO — can or
- COMPLETELY LIT — YES / NO — at 14,000 yr
- ALL PRICE POINTS LISTED — YES / NO — store is open

**PARKING LOT:**
- ADEQUATE LIGHTING — YES / NO
- LITTER FREE — YES / NO
- HANDICAPPED PARKING — YES / NO
- ADEQUATE SPACES — YES / NO
- STRIPED / GOOD REPAIR — YES / NO

**BACK DOOR:**
- CLOSED / LOCKED — YES / NO
- CLEAN — YES / NO
- ADEQUATE LIGHTING — YES / NO

**WINDOWS:**
- CLEAN — YES / NO
- FREE OF CLUTTER — YES / NO

TOTAL POINTS: 19

### INTERIOR: (32 POINTS) (1 POINT EA.) (NOTES:)

**FLOORS:**
- CLEAN / POLISHED — YES / NO
- HAZARD FREE — YES / NO

**RESTROOMS:** N/A
- EASILY IDENTIFIED — YES / NO
- FLOORS CLEAN — YES / NO
- SINK CLEAN — YES / NO
- COMMODE CLEAN — YES / NO
- HAND SOAP SUPPLIED — YES / NO
- PAPER GOODS — YES / NO
- NO OFFENSIVE ODORS — YES / NO

**CUSTOMER SEATING:**
- TABLES / SEATS CLEAN — YES / NO
- FLOOR UNDER TABLES CLEAN — YES / NO
- FREE OF DEBRIS — YES / NO
- WINDOW SILLS CLEAN — YES / NO

**MENU BOARD:**
- CLEAN — YES / NO
- COMPLETELY LIT — YES / NO
- PRICE POINTS CURRENT — YES / NO  -1
- NO VACANT SPOTS — YES / NO
- EASILY UNDERSTOOD — YES / NO
- SPECIALS IDENTIFIED — YES / NO

**TRASH RECEPTACLES:**
- CLEAN — YES / NO
- ADEQUATE AMOUNT OF RECEPTACLES — YES / NO

**CEILING LIGHTING:**
- ALL LIGHTS LIT — YES / NO
- FIXTURES CLEAN — YES / NO

**ATMOSPHERE:**
- TEMP COMFORTABLE — YES / NO
- SMELL / FRESH COFFEE — YES / NO
- FRIENDLY ATMOSPHERE — YES / NO

**KITCHEN VIEW:**
- CLEAN & NEAT — YES / NO
- NO UNAUTHORIZED PERSON — YES / NO

**COFFEE STATION AREA:**
- CLEAN — YES / NO
- NEAT & ORDERLY — YES / NO
- GATE CLOSED — YES / NO
- FRESH COFFEE MADE — YES / NO

TOTAL POINTS: 30

### PRESENTATION: (17 POINTS) (1 POINT EA.) (NOTES:)

**TAKE OUT STATIONS / BACK BAR:**
- CLEAN — YES / NO
- STOCKED — YES / NO

**DONUT CASE / FANCY CASE:**
- LABELS CLEAN / GOOD REPAIR — YES / NO
- CONSISTENT (MATCH COLOR / ALIGN W/PROD) — YES / NO
- STOCKED — YES / NO
- CASE CLEAN — YES / NO
- BASKETS / TRAYS - CLEAN LINERS — YES / NO
- PROPERLY ALIGNED — YES / NO  -1

**SERVICE ASSOCIATES:**
- COMPLETE UNIFORM — YES / NO — waitress
- NEAT & CLEAN — YES / NO — no
- HAIR RESTRAINTS — YES / NO — hat

**COMMENTS:**
Not many pastry to choose from

**CUSTOMER SERVICE:**
- FRIENDLY GREETING — YES / NO
- FAST SERVICE — YES / NO
- FILLED ORDER CORRECTLY — YES / NO
- SUGGESTED SELLING — YES / NO
- CORRECT CHANGE — YES / NO
- THANKED — YES / NO

TOTAL POINTS: 14

### INTEGRITY: (30 POINTS) (1 POINT EA.) (NOTES:)

**CASH:**
- ALL CASH SECURED/CASH REGISTER — YES / NO
- NO BANK BUILDING — YES / NO
- REGISTERED SALE — YES / NO
- DRAWER KEPT CLOSED — YES / NO
- PLACING MONEY IN TIP CUP — YES / NO
- NO CASHING IN TIPS — YES / NO

**OTHER:**
- "HONEY DEW PERSONNEL" BEHIND COUNTER ONLY — YES / NO
- ALL PRODUCTS PAID FOR — YES / NO
- PHONE USED BUSINESS ONLY — YES / NO
- "ABSENCE OF LOITERING IN STORE" — YES / NO

TOTAL POINTS: 30

**PRODUCT / FRESHNESS & TASTE:** good

"For further comments please use reverse side."

95 - 100: OUTSTANDING • 90 - 94: GOOD • 85 - 89: POOR • 84 - BELOW: F"

## "HONEY DEW DONUTS" SUMMARY REPORT

DATE: 1:30pm  TIME: 7-27  STORE# LOCATION: Providence Street  TOTAL SCORE: KB (96)  SHOPPER: (Wendee)

**EXTERIOR:** (21 POINTS) (1 POINT EA.) (NOTES:)

OUTSIDE SIGNAGE:
- CLEAN — YES / NO
- SIGNAGE MAINTAINED — YES / NO
- SIGN LIT (WORKING ORDER) — YES / NO
- NO SMOKING SIGNS — YES / NO

LANDSCAPE CONDITIONS:
- FREE OF REFUSE — YES / NO
- GROUNDS MAINTAINED — YES / NO
- CONTAINERS MAINTAINED — YES / NO
- BUTT RECEPTACLES CLEAN — YES / NO

DRIVE THRU MENU:
- CLEAN / READABLE — YES / NO
- COMPLETELY LIT — YES / NO
- ALL PRICE POINTS LISTED — YES / NO

PARKING LOT:
- ADEQUATE LIGHTING — YES / NO
- LITTER FREE — YES / NO
- HANDICAPPED PARKING — YES / NO
- ADEQUATE SPACES — YES / NO
- STRIPED / GOOD REPAIR — YES / NO

BACK DOOR:
- CLOSED / LOCKED — YES / NO
- CLEAN — YES / NO
- ADEQUATE LIGHTING — YES / NO

WINDOWS:
- CLEAN — YES / NO
- FREE OF CLUTTER — YES / NO

TOTAL POINTS: 19

**INTERIOR:** (32 POINTS) (1 POINT EA.) (NOTES:)

FLOORS:
- CLEAN / POLISHED — YES / NO
- HAZARD FREE — YES / NO

RESTROOMS: N/A
- EASILY IDENTIFIED — YES / NO
- FLOORS CLEAN — YES / NO
- SINK CLEAN — YES / NO
- COMMODE CLEAN — YES / NO
- HAND SOAP SUPPLIED — YES / NO
- PAPER GOODS — YES / NO
- NO OFFENSIVE ODORS — YES / NO

CUSTOMER SEATING:
- TABLES / SEATS CLEAN — YES / NO
- FLOOR UNDER TABLES CLEAN — YES / NO
- FREE OF DEBRIS — YES / NO
- WINDOW SILLS CLEAN — YES / NO

MENU BOARD:
- CLEAN — YES / NO
- COMPLETELY LIT — YES / NO
- PRICE POINTS CURRENT — YES / NO
- NO VACANT SPOTS — YES / NO
- EASILY UNDERSTOOD — YES / NO
- SPECIALS IDENTIFIED — YES / NO

TRASH RECEPTACLES:
- CLEAN — YES / NO
- ADEQUATE AMOUNT OF RECEPTACLES — YES / NO

CEILING LIGHTING:
- ALL LIGHTS LIT — YES / NO
- FIXTURES CLEAN — YES / NO

ATMOSPHERE:
- TEMP COMFORTABLE — YES / NO
- SMELL / FRESH COFFEE — YES / NO
- FRIENDLY ATMOSPHERE — YES / NO

KITCHEN VIEW:
- CLEAN & NEAT — YES / NO
- NO UNAUTHORIZED PERSON — YES / NO

COFFEE STATION AREA:
- CLEAN — YES / NO
- NEAT & ORDERLY — YES / NO
- GATE CLOSED — YES / NO
- FRESH COFFEE MADE — YES / NO

TOTAL POINTS: 32

**PRESENTATION:** (17 POINTS) (1 POINT EA.) (NOTES:)

TAKE OUT STATIONS / BACK BAR:
- CLEAN — YES / NO
- STOCKED — YES / NO

DONUT CASE / FANCY CASE:
- LABELS CLEAN / GOOD REPAIR — YES / NO
- CONSISTENT (MATCH COLOR / ALIGN W/PROD) — YES / NO
- STOCKED — YES / NO
- CASE CLEAN — YES / NO
- BASKETS / TRAYS - CLEAN LINERS — YES / NO
- PROPERLY ALIGNED — YES / NO

SERVICE ASSOCIATES:
- COMPLETE UNIFORM — YES / NO
- NEAT & CLEAN — YES / NO
- HAIR RESTRAINTS — YES / NO

COMMENTS: Good selection of donuts + pastry

CUSTOMER SERVICE:
- FRIENDLY GREETING — YES / NO
- FAST SERVICE — YES / NO
- FILLED ORDER CORRECTLY — YES / NO
- SUGGESTED SELLING — YES / NO
- CORRECT CHANGE — YES / NO
- THANKED — YES / NO

TOTAL POINTS: 15

**INTEGRITY:** (30 POINTS) (1 POINT EA.) (NOTES:)

CASH:
- ALL CASH SECURED/CASH REGISTER — YES / NO
- NO BANK BUILDING — YES / NO
- REGISTERED SALE — YES / NO
- DRAWER KEPT CLOSED — YES / NO
- PLACING MONEY IN TIP CUP — YES / NO
- NO CASHING IN TIPS — YES / NO

ACTIVITIES: "HONEY DEW PERSONNEL"
- BEHIND COUNTER ONLY — YES / NO
- ALL PRODUCTS PAID FOR — YES / NO
- PHONE USED BUSINESS ONLY — YES / NO
- "TYPE OF LOITERING / TONE" — YES / NO

TOTAL POINTS: 30

PRODUCT / FRESHNESS & TASTE: Good

"For further comments please use reverse side."

# "HONEY DEW DONUTS" SUMMARY REPORT

95 - 100: OUTSTANDING · 90 - 94: GOOD · 85 - 89: POOR · 84 - BELOW: F

DATE: 8/3   TIME: 2:45 pm   STORE# / LOCATION: Providence Street / Warwick   TOTAL SCORE: 90   SHOPPER: KR

## EXTERIOR: (21 POINTS) (1 POINT EA.) [NOTES:]

**OUTSIDE SIGNAGE:**
- CLEAN — YES / NO — No comment
- SIGNAGE MAINTAINED — YES / NO
- SIGN LIT (WORKING ORDER) — YES / NO — Cards
- NO SMOKING SIGNS — YES / NO

**LANDSCAPE CONDITIONS:**
- FREE OF REFUSE — YES / NO — a lot of cig-butts & trash in pkg. lot and in landscaping
- GROUNDS MAINTAINED — YES / NO
- CONTAINERS MAINTAINED — YES / NO
- BUTT RECEPTACLES CLEAN — YES / NO

**DRIVE THRU MENU:**
- CLEAN / READABLE — YES / NO
- COMPLETELY LIT — YES / NO
- ALL PRICE POINTS LISTED — YES / NO

**PARKING LOT:**
- ADEQUATE LIGHTING — YES / NO
- LITTER FREE — YES / NO
- HANDICAPPED PARKING — YES / NO
- ADEQUATE SPACES — YES / NO
- STRIPED / GOOD REPAIR — YES / NO

**BACK DOOR:**
- CLOSED / LOCKED — YES / NO
- CLEAN — YES / NO
- ADEQUATE LIGHTING — YES / NO

**WINDOWS:**
- CLEAN — YES / NO
- FREE OF CLUTTER — YES / NO

TOTAL POINTS: 19

## INTERIOR: (32 POINTS) (1 POINT EA.) [NOTES:]

**FLOORS:**
- CLEAN / POLISHED — YES / NO
- HAZARD FREE — YES / NO

**RESTROOMS:** N/A
- EASILY IDENTIFIED — YES / NO
- FLOORS CLEAN — YES / NO
- SINK CLEAN — YES / NO
- COMMODE CLEAN — YES / NO
- HAND SOAP SUPPLIED — YES / NO
- PAPER GOODS — YES / NO
- NO OFFENSIVE ODORS — YES / NO

**CUSTOMER SEATING:**
- TABLES / SEATS CLEAN — YES / NO
- FLOOR UNDER TABLES CLEAN — YES / NO
- FREE OF DEBRIS — YES / NO
- WINDOW SILLS CLEAN — YES / NO

**MENU BOARD:**
- CLEAN — YES / NO
- COMPLETELY LIT — YES / NO
- PRICE POINTS CURRENT — YES / NO
- NO VACANT SPOTS — YES / NO
- EASILY UNDERSTOOD — YES / NO
- SPECIALS IDENTIFIED — YES / NO

**TRASH RECEPTACLES:**
- CLEAN — YES / NO
- ADEQUATE AMOUNT OF RECEPTACLES — YES / NO

**CEILING LIGHTING:**
- ALL LIGHTS LIT — YES / NO
- FIXTURES CLEAN — YES / NO

**ATMOSPHERE:**
- TEMP COMFORTABLE — YES / NO
- SMELL / FRESH COFFEE — YES / NO
- FRIENDLY ATMOSPHERE — YES / NO

**KITCHEN VIEW:**
- CLEAN & NEAT — YES / NO
- NO UNAUTHORIZED PERSON — YES / NO

**COFFEE STATION AREA:**
- CLEAN — YES / NO
- NEAT & ORDERLY — YES / NO
- GATE CLOSED — YES / NO
- FRESH COFFEE MADE — YES / NO

TOTAL POINTS: 32

## PRESENTATION: (17 POINTS) (1 POINT EA.) [NOTES:]

**TAKE OUT STATIONS / BACK BAR:**
- CLEAN — YES / NO
- STOCKED — YES / NO

**DONUT CASE / FANCY CASE:**
- LABELS CLEAN / GOOD REPAIR — YES / NO
- CONSISTENT (MATCH COLOR / ALIGN W/PROD) — YES / NO
- STOCKED — YES / NO
- CASE CLEAN — YES / NO -1
- BASKETS / TRAYS - CLEAN LINERS — YES / NO
- PROPERLY ALIGNED — YES / NO -1

**SERVICE ASSOCIATES:**
- COMPLETE UNIFORM — YES / NO — Waitress
- NEAT & CLEAN — YES / NO — 2 no hat
- HAIR RESTRAINTS — YES / NO

COMMENTS: Pastry case only 1/2 full — not too many to choose from

**CUSTOMER SERVICE:**
- FRIENDLY GREETING — YES / NO
- FAST SERVICE — YES / NO -1
- FILLED ORDER CORRECTLY — YES / NO
- SUGGESTED SELLING — YES / NO
- CORRECT CHANGE — YES / NO
- THANKED — YES / NO

TOTAL POINTS: 12

## INTEGRITY: (30 POINTS) (1 POINT EA.) [NOTES:]

**CASH:**
- ALL CASH SECURED / CASH REGISTER — YES / NO
- NO BANK BUILDING — YES / NO
- REGISTERED SALE — YES / NO — Slow service because waitress on phone
- DRAWER KEPT CLOSED — YES / NO
- PLACING MONEY IN TIP CUP — YES / NO
- NO CASHING IN TIPS — YES / NO

**ACTIVITIES:**
- "HONEY DEW PRIDE" BEHIND COUNTER — YES / NO
- ALL PRODUCTS PAID FOR — YES / NO
- PHONE USED BUSINESS ONLY — YES / NO -3
- "ABSENCE OF LOITERING IN STORE" — YES / NO

TOTAL POINTS: 27

**PRODUCT / FRESHNESS & TASTE:**

"For further comments please use reverse side."

COMMENT CARDS
WARWICK STORE #R35
STORE REP - BOB

| DATE | TIME | COMMENTS | NAME | ADDRESS | PHONE # |
|---|---|---|---|---|---|
| 5/15/2002 | 5:30PM | Overall superior | Jen Chouinard | 15 Prospect Hill Ave | 826-7543 |
| 6/1/2001 | 3:00PM | Overall superior  Sunshine Tillinghast best worker | Tarah Oneil | 479 Prov. Street  B6 | 823-1698 |
| 7/10/2002 | 8:21AM | Overall superior  Very good service  Leigh and Cindy are very polite and efficient workers | Ron Gosselin | 1447 Main | 828-3391 |
| 7/20/2002 | 2:30PM | Overall superior  Coraller was very helpful and gave prompt service | | | |
| 9/25/2002 | 3:45PM | Overall good  Nice employees | Karen Pucella | 10 Donnellam Warwick, RI | 822-1933 |
| 9/28/2002 | 2:30PM | Overall superior  Pleasant young lady | | | |
| 10/1/2002 | 4:30PM | Overall superior | Karen Pucella | | |

## Honey Dew Donuts Shop Visitation Report

| Shop Address: | Date: | | Time: | |
|---|---|---|---|---|
| Exterior | Acceptable | Unacceptable | Comments | |
| Parking Lot (clean & striped) | | ✓ | | |
| Lights & Signs (clean, working) | | ✓ | | |
| Walks (clean, free of ice & debris) | ✓ | | | |
| Curbs (swept) | ✓ | | | |
| Trash Receptacles (clean & covered) | ✓ | | | |
| Windows & Sills (clean) | ✓ | | | |
| Dumpster Area (clean, closed) | ✓ | | | |
| **Dining Room** | | | | |
| Tables & Chairs (clean) | ✓ | | | |
| Trash Receptacles (clean, empty) | ✓ | | | |
| Napkin & Condiment Holders (HD logo) | ✓ | | | |
| Floors & Baseboards (clean) | ✓ | | | |
| Ceiling, Lights & Vents (clean) | ✓ | | | |
| **Rest Rooms** | | | ☆ | |
| Trash Receptacles (clean, empty) | ✓ | | | Stocked |
| Mirrors (clean, no streaks) | ✓ | | FOOD | |
| Toilets (clean, odor free) | ✓ | | INSIDE | BATHROOM |
| Sink (clean, hot water) | ✓ | | | |
| Towels, Hand Dryer | ✓ | | | |
| Toilet Paper | ✓ | | | |
| Floors & Baseboards (clean) | ✓ | | | |
| Ceiling, Lights & Vents | ✓ | | | |
| **Service/Counter Area** | | | | |
| Register Area (clean, organized) | | | | |
| Crew in Uniform (proper uniform, clean) | | ✓ | OLD UNIFORM | |
| Crew Attitude & Customer Service | | | NO HATS | |
| Counters and Woodwork | ✓ | | | |
| Menuboards (clean, lit, proper pricing) | | ✓ | INSIDE | |
| Stock Shelves (clean, organized) | ✓ | | | |
| Work surfaces | ✓ | | | |
| Reach in Coolers (clean, stocked) | ✓ | | | |
| Equipment & Stainless | ✓ | | | |
| Coffee Equipment (coffee weight) | ✓ | | | |
| Sanitizing Bucket & Cloths | | ✓ | Not being used | |
| Sinks | ✓ | | | |
| Product levels | ✓ | | | |
| Display Cases (condition, lights, labels) | | ✓ | lites out in all cases! | |

All items must be in good repair and in working condition.

# LANDSCAPING NEEDS TO BE DONE
# [Channel?] SIGN NOT WORKING

P# 35

Prov. St
10:38
A.
6/16

## Honey Dew Donuts Shop Visitation Report

| Shop Address: | Date: | | Time: | |
|---|---|---|---|---|
| **Exterior** | Acceptable | Unacceptable | Comments | |
| Parking Lot (clean & striped) | | ✓ | | |
| Lights & Signs (clean, working) | | ✓ | Paper Signs - Tape | |
| Walks (clean, free of ice & debris) | ✓ | | | |
| Curbs (swept) | ✓ | | | |
| Trash Receptacles (clean & covered) | ✓ | | | |
| Windows & Sills (clean) | ✓ | | | |
| Dumpster Area (clean, closed) | ✓ | | | |
| **Dining Room** | | | | |
| Tables & Chairs (clean) | ✓ | | | |
| Trash Receptacles (clean, empty) | ✓ | | | |
| Napkin & Condiment Holders (HD logo) | ✓ | | | |
| Floors & Baseboards (clean) | ✓ | | | |
| Ceiling, Lights & Vents (clean) | ✓ | | | |
| **Rest Rooms** | | | | |
| Trash Receptacles (clean, empty) | ✓ | | | |
| Mirrors (clean, no streaks) | ✓ | | Food + Paper Cups in Bathroom | |
| Toilets (clean, odor free) | ✓ | | | |
| Sink (clean, hot water) | ✓ | | | |
| Towels, Hand Dryer | ✓ | | | |
| Toilet Paper | ✓ | | | |
| Floors & Baseboards (clean) | ✓ | | | |
| Ceiling, Lights & Vents | ✓ | | | |
| **Service/Counter Area** | | | | |
| Register Area (clean, organized) | ✓ | | | |
| Crew in Uniform (proper uniform, clean) | | ✓ | Old Shirt - No Hat | |
| Crew Attitude & Customer Service | ✓ | | | |
| Counters and Woodwork | ✓ | | | |
| Menuboards (clean, lit, proper pricing) | ✓ | | | |
| Stock Shelves (clean, organized) | ✓ | | | |
| Work surfaces | ✓ | | | |
| Reach in Coolers (clean, stocked) | | ✓ | Empty Cooler! | |
| Equipment & Stainless | ✓ | | | |
| Coffee Equipment (coffee weight) | ✓ | | | |
| Sanitizing Bucket & Cloths | | ✓ | Not being used | |
| Sinks | ✓ | | | |
| Product levels | ✓ | | | |
| Display Cases (condition, lights, labels) | | ✓ | Lites out! | |

All items must be in good repair and in working condition.

★ Gourmet Coffee Sign out
★ Outside Sign Damage + Rust
★ Outside Menu - Paper Signs and Tape
★ Parking Lot needs to be recoated

95 - 100: OUTSTANDING   •   90 - 94: GOOD   •   85 - 89: POOR   •   84 - BELOW: F

## "HONEY DEW DONUTS" SUMMARY REPORT

DATE: 2-23-03   TIME: 3:00pm   STORE# LOCATION: Providence St. - Warwick   TOTAL SCORE: 73   SHOPPER: 108

### EXTERIOR: (21 POINTS) (1 POINT EA.) (NOTES:)

**OUTSIDE SIGNAGE:**
- CLEAN — YES / NO
- SIGNAGE MAINTAINED — YES / NO
- SIGN LIT (WORKING ORDER) — YES / NO
- NO SMOKING SIGNS — YES / NO

**LANDSCAPE CONDITIONS:**
- FREE OF REFUSE — YES / NO
- GROUNDS MAINTAINED — YES / NO
- CONTAINERS MAINTAINED — YES / NO
- BUTT RECEPTACLES CLEAN — YES / NO

**DRIVE THRU MENU:**
- CLEAN / READABLE — YES / NO
- COMPLETELY LIT — YES / NO
- ALL PRICE POINTS LISTED — YES / NO

**PARKING LOT:**
- ADEQUATE LIGHTING — YES / NO
- LITTER FREE — YES / NO
- HANDICAPPED PARKING — YES / NO
- ADEQUATE SPACES — YES / NO
- STRIPED / GOOD REPAIR — YES / NO

**BACK DOOR:**
- CLOSED / LOCKED — YES / NO
- CLEAN — YES / NO
- ADEQUATE LIGHTING — YES / NO

**WINDOWS:**
- CLEAN — YES / NO
- FREE OF CLUTTER — YES / NO

TOTAL POINTS: 21

### INTERIOR: (32 POINTS) (1 POINT EA.) (NOTES:)

**FLOORS:**
- CLEAN / POLISHED — YES / NO
- HAZARD FREE — YES / NO

**RESTROOMS:** N/A
- EASILY IDENTIFIED — YES / NO
- FLOORS CLEAN — YES / NO
- SINK CLEAN — YES / NO
- COMMODE CLEAN — YES / NO
- HAND SOAP SUPPLIED — YES / NO
- PAPER GOODS — YES / NO
- NO OFFENSIVE ODORS — YES / NO

**CUSTOMER SEATING:**
- TABLES / SEATS CLEAN — YES / NO -1
- FLOOR UNDER TABLES CLEAN — YES / NO
- FREE OF DEBRIS — YES / NO
- WINDOW SILLS CLEAN — YES / NO

**MENUBOARD:**
- CLEAN — YES / NO
- COMPLETELY LIT — YES / NO
- PRICE POINTS CURRENT — YES / NO
- NO VACANT SPOTS — YES / NO
- EASILY UNDERSTOOD — YES / NO
- SPECIALS IDENTIFIED — YES / NO

**TRASH RECEPTACLES:**
- CLEAN — YES / NO
- ADEQUATE AMOUNT OF RECEPTACLES — YES / NO

**CEILING LIGHTING:**
- ALL LIGHTS LIT — YES / NO
- FIXTURES CLEAN — YES / NO

**ATMOSPHERE:**
- TEMP COMFORTABLE — YES / NO
- SMELL / FRESH COFFEE — YES / NO
- FRIENDLY ATMOSPHERE — YES / NO

**KITCHEN VIEW:**
- CLEAN & NEAT — YES / NO
- NO UNAUTHORIZED PERSON — YES / NO

**COFFEE STATION AREA:**
- CLEAN — YES / NO
- NEAT & ORDERLY — YES / NO
- GATE CLOSED — YES / NO
- FRESH COFFEE MADE — YES / NO

TOTAL POINTS: 31

### PRESENTATION: (17 POINTS) (1 POINT EA.) (YES)

**TAKE OUT STATIONS / BACK BAR**
- CLEAN — YES / NO   most products
- STOCKED — YES / NO   have no

**DONUT CASE / FANCY CASE:**
- LABELS CLEAN / GOOD REPAIR — YES / NO -1  labels
- CONSISTENT (MATCH COLOR / ALIGN W/PROD) — YES / NO
- STOCKED — YES / NO -1
- CASE CLEAN — YES / NO -1
- BASKETS / TRAYS - CLEAN LINERS — YES / NO
- PROPERLY ALIGNED — YES / NO -1

**SERVICE ASSOCIATES:**
- COMPLETE UNIFORM — YES / NO   1 waitress
- NEAT & CLEAN — YES / NO -2   no
- HAIR RESTRAINTS — YES / NO   hat

**COMMENTS:** Good selection of Donuts — Limited sel. of Pastry  * ct has store look of + stale

**CUSTOMER SERVICE:**
- FRIENDLY GREETING — YES / NO
- FAST SERVICE — YES / NO
- FILLED ORDER CORRECTLY — YES / NO
- SUGGESTED SELLING — YES / NO
- CORRECT CHANGE — YES / NO
- THANKED — YES / NO

TOTAL POINTS: 11

### INTEGRITY: (30 POINTS) (3 POINTS EA.)(NOTES:)

**CASH:**
- ALL CASH SECURED/CASH REGISTER — YES / NO
- NO BANK BUILDING — YES / NO
- REGISTERED SALE — YES / NO
- DRAWER KEPT CLOSED — YES / NO
- PLACING MONEY IN TIP CUP — YES / NO
- NO CASHING IN TIPS — YES / NO

**ACTIVITIES:**
- "HONEY DEW PERSONNEL" BEHIND COUNTER ONLY — YES / NO
- ALL PRODUCT... OR — YES / NO
- PHONE USED BUSINESS ONLY — YES / NO
- "ABSENCE OF LOITERING IN STORE" — YES / NO

TOTAL POINTS: 30

**PRODUCT / FRESHNESS & TASTE:** good

*For further comments please use reverse side.*

# HONEY DEW DONUTS
## 345 PROVIDENCE ST, WARWICK
## SHOP REVIEW

**DATE OF SHOP**: 2/23/03

**TIME OF SHOP**: 5:14 AM

**STATION SHOPPED**: Counter

**PERSONNEL**:

Employee #1: White male, average height and build, short brown hair.

**EMPLOYEE DRESS CODE**:

The employee was neat in appearance, and well groomed. Employee was not wearing a hat or visor.

**STAFFING**:

Staffing was adequate for the customer traffic observed. There was one employee on duty.

**STOCK CONDITIONS:**

The coolers were stocked.

**PRICES**:

The prices were consistent with the menu and previous visits.

**CUSTOMER SERVICE**:

Upon entering the store, I approached the counter and was greeted by employee #1. He asked if he could help me and I ordered a small coffee and donut. He promptly served the coffee and donut. He asked me if I would like anything else. I told him I was all set. He rang in my transaction, took my money and returned the proper change.

Employee #1 was professional, polite and pleasant in his manner.

# HONEY DEW DONUTS
## 345 PROVIDENCE STREET, WARWICK
### SHOP REVIEW

**QUALITY:**

The coffee was fresh, hot and prepared as requested; the temperature of the coffee was 150 degrees.

**SALES/PROPER REGISTER PROCEDURE:**

All sales observed appeared to be properly and promptly rung into the register.

**FACILITY:**

Parking Lot: The parking lot was clean and free of hazards.

Entry: The entry was clean and presentable with no obstructions.

Floors: The floors needed clean and free of debris. No safety hazards were observed.

Counter and Tables: The tables and counter were clean and wiped down.

Room Temperature: The room temperature was comfortable.

Exterior Lighting: The exterior lighting was on.

Interior Lighting: The interior lighting was on.

Restroom: N/A.

**MISCELLANEOUS:**

Customer Traffic: Customer traffic was light.

Customer Comments: No pertinent comments were heard.

Employee Consumption: No employee consumption was observed.

95 - 100: OUTSTANDING   •   90 - 94: GOOD   •   85 - 89: POOR   •   84 - BELOW: F

## "HONEY DEW DONUTS" SUMMARY REPORT

| DATE | TIME | STORE# | LOCATION | TOTAL SCORE | SHOPPER | 100 |
|------|------|--------|----------|-------------|---------|-----|
|  | 1:55 pm |  | Providence Street |  | KB | (94) |

**EXTERIOR:** (2 POINTS) (1 POINT EA.) (NOTES:)

**OUTSIDE SIGNAGE:**
- CLEAN — YES / NO
- SIGNAGE MAINTAINED — YES / NO
- SIGN LIT (WORKING ORDER) — YES / NO
- NO SMOKING SIGNS — YES / NO

**LANDSCAPE CONDITION:**
- FREE OF REFUSE — YES / NO
- GROUNDS MAINTAINED — YES / NO
- CONTAINERS MAINTAINED — YES / NO
- BUTT RECEPTACLES CLEAN — YES / NO

**DRIVE THRU MENU:**
- CLEAN / READABLE — YES / NO
- COMPLETELY LIT — YES / NO
- ALL PRICE POINTS LISTED — YES / NO

**PARKING LOT:**
- ADEQUATE LIGHTING — YES / NO
- LITTER FREE — YES / NO
- HANDICAPPED PARKING — YES / NO
- ADEQUATE SPACES — YES / NO
- STRIPED / GOOD REPAIR — YES / NO

**BACK DOOR:**
- CLOSED / LOCKED — YES / NO
- CLEAN — YES / NO
- ADEQUATE LIGHTING — YES / NO

**WINDOWS:**
- CLEAN — YES / NO
- FREE OF CLUTTER — YES / NO

TOTAL POINTS: 21

**INTERIOR:** (32 POINTS) (1 POINT EA.) (NOTES:)

**FLOORS:**
- CLEAN / POLISHED — YES / NO
- HAZARD FREE — YES / NO

**RESTROOMS:** N/A
- EASILY IDENTIFIED — YES / NO
- FLOORS CLEAN — YES / NO
- SINK CLEAN — YES / NO
- COMMODE CLEAN — YES / NO
- HAND SOAP SUPPLIED — YES / NO
- PAPER GOODS — YES / NO
- NO OFFENSIVE ODORS — YES / NO

**CUSTOMER SEATING:**
- TABLES / SEATS CLEAN — YES / NO -1
- FLOOR UNDER TABLES CLEAN — YES / NO
- FREE OF DEBRIS — YES / NO
- WINDOW SILLS CLEAN — YES / NO

**MENU BOARD:**
- CLEAN — YES / NO
- COMPLETELY LIT — YES / NO
- PRICE POINTS CURRENT — YES / NO
- NO VACANT SPOTS — YES / NO
- EASILY UNDERSTOOD — YES / NO
- SPECIALS IDENTIFIED — YES / NO

**TRASH RECEPTACLES:**
- CLEAN — YES / NO
- ADEQUATE AMOUNT OF RECEPTACLES — YES / NO

**CEILING / LIGHTING:**
- ALL LIGHTS LIT — YES / NO
- FIXTURES CLEAN — YES / NO

**ATMOSPHERE:**
- TEMP COMFORTABLE — YES / NO
- SMELL / FRESH COFFEE — YES / NO
- FRIENDLY ATMOSPHERE — YES / NO

**KITCHEN VIEW:**
- CLEAN & NEAT — YES / NO
- NO UNAUTHORIZED PERSON — YES / NO

**COFFEE STATION AREA:**
- CLEAN — YES / NO
- NEAT & ORDERLY — YES / NO
- GATE CLOSED — YES / NO
- FRESH COFFEE MADE — YES / NO

TOTAL POINTS: 31

**PRESENTATION:** (17 POINTS) (1 POINT EA.) (NOTES:)

**TAKE OUT STATIONS / BACK BAR:**
- CLEAN — YES / NO
- STOCKED — YES / NO

**DONUT CASE / FANCY CASE:**
- LABELS CLEAN / GOOD REPAIR — YES / NO
- CONSISTENT (MATCH COLOR / ALIGN W/PROD) — YES / NO
- STOCKED — YES / NO
- CASE CLEAN — YES / NO
- BASKETS / TRAYS - CLEAN LINERS — YES / NO
- PROPERLY ALIGNED — YES / NO

**SERVICE ASSOCIATES:**
- COMPLETE UNIFORM — YES / NO - 1 was here
- NEAT & CLEAN — YES / NO -2
- HAIR RESTRAINTS — YES / NO   no hat

**COMMENTS:**
good selection of pastries

**CUSTOMER SERVICE:**
- FRIENDLY GREETING — YES / NO
- FAST SERVICE — YES / NO
- FILLED ORDER CORRECTLY — YES / NO
- SUGGESTED SELLING — YES / NO
- CORRECT CHANGE — YES / NO
- THANKED — YES / NO

TOTAL POINTS: 15

**INTEGRITY:** (30 POINTS) (1 POINTS EA.) (NOTES:)

**CASH:**
- ALL CASH SECURED/CASH REGISTER — YES / NO
- NO BANK BUILDING — YES / NO
- REGISTERED SALE — YES / NO
- DRAWER KEPT CLOSED — YES / NO
- PLACING MONEY IN TIP CUP — YES / NO
- NO CASHING IN TIPS — YES / NO   friend in store visiting

**PRODUCT / FRESHNESS & TASTE:** good

**ACTIVITIES:**
- "HONEY DEW PERSONNEL" BEHIND COUNTER ONLY — YES / NO
- ALL PRODUCTS ... OR "HOME USED BUSINESS ONLY" — YES / NO
- ABSENCE OF LOITERING IN STORE — YES / NO

TOTAL POINTS: 27

*For further comments please use reverse side.*

# HONEY DEW DONUTS
## 345 PROVIDENCE ST, WARWICK
### SHOP REVIEW CLOSING

**DATE OF SHOP**: 5/27/03

**TIME OF SHOP**: 9:40 PM

**STATION SHOPPED**: Counter

**PERSONNEL**:

Employee #1: White female, average height and build, long light brown hair.

**EMPLOYEE DRESS CODE**:

The employee was neat in appearance, properly dressed and well groomed; she was not wearing a visor...

**STAFFING**:

Staffing was more than adequate for the customer traffic observed. There was one employee on duty.

**PRICES**:

The prices were consistent with the menu and previous visits.

**STOCK CONDITIONS**:

All coolers were full.

NO DONUTS AVAILABLE, EMPLOYEE SAID SHE DISCARDED THEM AT 9:15 PM.

**CUSTOMER SERVICE**:

Upon entering the store, I approached the counter and was greeted by employee #1. She asked if she could help me and I ordered a small coffee. She promptly served the coffee and asked me if I would like anything else. I told her I was all set. She rang in my transaction, took my money and returned the proper change.

**HONEY DEW DONUTS**
**WARWICK, RI**
**SHOP REVIEW**

Employee #1 was professional, polite and pleasant in her manner.

## QUALITY:

The coffee was fresh, hot and prepared as requested; the temperature of the coffee was 156 degrees.

## SALES/PROPER REGISTER PROCEDURE:

All sales observed appeared to be properly and promptly rung into the register.

## FACILITY:

Parking Lot: The parking lot was clean and free of litter and debris.

Entry: The entry was clean and presentable with no obstructions.

Floors: The floor was clean and free of debris. No safety hazards were observed.

Counter and Tables: The tables and counter were clean and wiped down.

Room Temperature: The room temperature was comfortable.

Exterior Lighting: All exterior lighting was on.

Interior Lighting: All interior lighting was on.

Restroom: N/A

## MISCELLANEOUS:

Customer Traffic: Customer traffic was slow.

Customer Comments: No pertinent comments were heard.

Employee Consumption: No employee consumption was observed.

# HONEY DEW DONUTS
## 345 PROVIDENCE ST, WARWICK
### SHOP REVIEW CLOSING

**DATE OF SHOP**: 6/11/03

**TIME OF SHOP**: 8:45 PM  both the front door and the drive-up window were open.

**STATION SHOPPED**: Counter

**PERSONNEL**:

Employee #1: White male, average height and build, short brown hair.

**EMPLOYEE DRESS CODE**:

The employee was neat in appearance, properly dressed and well groomed; he was not wearing a visor...

**STAFFING**:

Staffing was more than adequate for the customer traffic observed. There was one employee on duty.

**PRICES**:

The prices were consistent with the menu and previous visits.

**STOCK CONDITIONS**:

All coolers were full.

**CUSTOMER SERVICE**:

Upon entering the store, I approached the counter and was greeted by employee #1. He asked if she could help me and I ordered a small coffee. He promptly served the coffee and asked me if I would like anything else. I told him I was all set. He rang in my transaction, took my money and returned the proper change.

Employee #1 was professional, polite and pleasant in his manner.

HONEY DEW DONUTS
WARWICK, RI
SHOP REVIEW

### QUALITY:

The coffee was fresh, hot and prepared as requested; the temperature of the coffee was 150 degrees.

### SALES/PROPER REGISTER PROCEDURE:

All sales observed appeared to be properly and promptly rung into the register.

### FACILITY:

Parking Lot: The parking lot was clean and free of litter and debris.

Entry: The entry was clean and presentable with no obstructions.

Floors: The floor was clean and free of debris. No safety hazards were observed.

Counter and Tables: The tables and counter were clean and wiped down.

Room Temperature: The room temperature was comfortable.

Exterior Lighting: All exterior lighting was on. There was however one small exit sign in the parking lot that was not lighted

Interior Lighting: All interior lighting was on.

Restroom: N/A

### MISCELLANEOUS:

Customer Traffic: Customer traffic was slow.

Customer Comments: No pertinent comments were heard.

Employee Consumption: No employee consumption was observed.

**HONEY DEW DONUTS**
**PROVIDENCE ST, WARWICK**
**SHOP REVIEW**
**OPENING**

**DATE OF SHOP**: 7/31/03

**TIME OF SHOP**: 5:09 AM

**STATION SHOPPED**: Counter

**PERSONNEL**:

Employee #1: White female, average height with a heavy build, long black hair in a ponytail.

**EMPLOYEE DRESS CODE**:

The employee was neat in appearance, properly dressed and well groomed; she was wearing a visor...

**STAFFING**:

Staffing was more than adequate for the customer traffic observed. There was one employee on duty.

**PRICES**:

The prices were consistent with the menu and previous visits.

**STOCK CONDITIONS:**

Coolers were full.

**CUSTOMER SERVICE**:

Upon entering the store, I approached the counter and was greeted by employee #1. She asked if she could help me and I ordered a small coffee. She promptly served the coffee and asked me if I would like anything else. I told her I was all set. She rang in my transaction, took my money and returned the proper change.

# HONEY DEW DONUTS
## PROVIDENCE ST, WARWICK
### SHOP REVIEW

Employee #1 was professional, polite and pleasant in her manner.

## QUALITY:

The coffee was fresh, hot and prepared as requested; the temperature of the coffee was 148 degrees.

## SALES/PROPER REGISTER PROCEDURE:

All sales observed appeared to be properly and promptly rung into the register.

## FACILITY:

Parking Lot: The parking lot was clean and free of litter and debris.

Entry: The entry was clean and presentable with no obstructions.

Floors: The floors were clean. No safety hazards were observed.

Counter and Tables: The tables and counter were clean and wiped down.

Room Temperature: The room temperature was comfortable.

Exterior Lighting: All exterior lighting was on.

Interior Lighting: All interior lighting was on.

Restroom: N/A

## MISCELLANEOUS:

Customer Traffic: Customer traffic was light.

Customer Comments: No pertinent comments were heard.

Employee Consumption: No employee consumption was observed.

COMMENT CARDS
WARWICK STORE #R35
STORE REP - BOB

| DATE | TIME | COMMENTS | NAME | ADDRESS | PHONE # |
|---|---|---|---|---|---|
| 5/4/2003 | 3:40PM | Overall v.good. Can you please get back the chicken salad from Willow Tree Farms. It was excellent. | Charles Debritto | 600 Providence Street | 822-5140 |
| 5/22/2003 | AM | Overall superior. They stopped carrying Willow Tree chicken salad. Please bring it back real soon. I was very disappointed when they discontinued it | P. Bonin | W. Warwick, RI | |
| 9/28/2003 | 12:00PM | Overall superior. Was pleased with the two well mannered counter girls, but was upset because the new promotion (sweet 30) did not begin because there were no stamped cups | Karen Pucella | 1 O'Donnell Ave. Warwick, RI 02886 | |