UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Bowen Investment Inc., et al
Plaintiffs,

        V.        Civil Action Number
        03-12509-PBS

S.G.B., LTD, et al
Defendants.        January 16, 2003

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 4/30/04

Summary Judgment Motion filing deadline: 5/15/04

Opposition to Summary Judgment Motions: 5/30/04

Hearing on Summary Judgment or Pretrial Conference: 6/16/04 at 2:00 p.m.

Parties to submit Consent to Trial by Magistrate Judge form to Court for approval.

        By the Court,

        s/ Robert C. Alba
        Deputy Clerk