UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JAN -8 A 11: 31

U.S. DISTRICT COURT
DISTRICT OF MASS.

BOWEN INVESTMENT, INC. and
HONEY DEW ASSOCIATES,
INC.
        Plaintiffs,
v.

S.G.B., LTD.,
GUY BISSONNETTE,
GARY GREAVES, and
ROGER A. SPINA,
        Defendants.

C.A. No. 03-12509-PBS

## ENTRY OF APPEARANCE

I, James V. Paolino, Esquire, hereby enter my appearance on behalf of Guy Bissonnette, concerning the above matter.

Guy Bissonnette
By his Attorney

_____
James V. Paolino
Cooper, Thompson & Rogers
51 Jefferson Boulevard
Warwick, RI 02888
Phone (401)780-9996
Fax (401)941-9500

## **CERTIFICATION**

I, Jennifer Patenaude, hereby certify I have sent a copy of the above pleading to Jack Mikels at One Batterymarch Park, Suite 309, Quincy, Massachusetts, 02169-7454.

_____
Jennifer Patenaude