AO 85 (Rev. 12/96) Consent to Exercise of Jurisdiction

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

2004 JAN 26  P 1: 29

DISTRICT COURT
DISTRICT OF MASS.

**Plaintiff**

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE AND ORDER OF REFERENCE**

**v.**

Case Number: 03-12509-PBS

**Defendant**

## NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE OF JURISDICTION AND APPEAL

In accordance with the provisions of Title 28, U.S.C. 636(c), and Fed.R.Civ.P.73, you are hereby notified that a United States magistrate judge of this district court is available to exercise the court's jurisdiction and to conduct any or all proceedings in this case including a jury or a nonjury trial, and entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

## CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c) and Fed.R.Civ.P. 73, the parties in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment.

| Signatures | Party Represented | Date |
|---|---|---|
| *[signature]* | BOWEN INVESTMENT, INC. | 1/16/04 |
| *[signature]* | Guy Bissonnette | 1/16/04 |
|  | Gary Greaves |  |
|  | Roger A. Spina |  |

Any appeal shall be taken to the United States Court of Appeals for this circuit, in accordance with 28 U.S.C. 636(c) and Fed.R.Civ.P. 73(c).

[consmjgtrl.]

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to _____
United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c),
Fed.R.Civ.P. 73 and the foregoing consent of the parties.

Date _____          _____
                                    United States District Judge

NOTE:   RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY IF</u> ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

(cvconsent.frm - 2/97)

[oreftrl.]

COOPER, THOMPSON & ROGERS

*Attorneys At Law*

FILED
IN CLERK'S OFFICE

2004 JAN 26  P 1: 29

U.S. DISTRICT COURT
DISTRICT OF MASS.

800 SOUTH MAIN STREET
MANSFIELD, MA 02048
(508) 337-2175      TEL
(508) 337-3366      FAX

100 GREAT MEADOW ROAD
WETHERSFIELD, CT 06109
(860) 529-3413      TEL
(860) 563-5054      FAX

51 JEFFERSON BLVD.
WARWICK, RI 02888
(401) 780-9936      TEL
(401) 941-9100      FAX

James V. Paolino | RI • MA
Gregory Pellegrini | MA
Steven M. Autieri | MA
James F. Rogers | CT • MA • NY
Lisa K. Cooper | RI • MA
Debra J. Thompson | MA
Thomas McDermott | RI • MA

January 21, 2004

United States Courthouse
Attn: Civil Division
1 Courthouse Way – Suite 2300
Boston, MA 02210

Re: Bowen Investments v. S.G.B., Ltd. C.A. No. 03-12509-PBS

Dear Sir or Madam:

Enclosed please find the executed consent form allowing this matter to be heard by a United States magistrate judge.

Very truly yours,

James V. Paolino, Esq.

JVP/jp

cc: Janell E. DeGennaro