# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

BOWEN INVESTMENT
INC., ET AL,

    Plaintiffs,

    v.

                                          CA. NO.03-12509-MBB

S.G.B., LTD., ET AL,

    Defendants.

## *NOTICE*
February 4, 2004

**BOWLER, Ch.U.S.M.J.**

    PLEASE TAKE NOTICE that the above-entitled case has been scheduled for a **status conference** at **11:15 a.m., Tuesday, March 9, 2004,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

                                         /s/
                                **MARIANNE B. BOWLER**
                                Chief United States Magistrate Judge

To:   ALL COUNSEL OF RECORD
**\*PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification.**