UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C. A. NO. 03-12509

BOWEN INVESTMENT, INC. and
HONEY DEW ASSOCIATES, INC.

                Plaintiffs,

v.

S.G.B., LTD.,
GUY BISSONNETTE,
GARY GREAVES, and
ROGER A. SPINA,

                Defendants.

**AUTOMATIC REQUIRED DISCLOSURES OF PLAINTIFFS
BOWEN INVESTMENT, INC. AND HONEY DEW ASSOCIATES, INC.**

The Plaintiffs, Bowen Investment, Inc. ("BII") and Honey Dew Associates, Inc. ("HDA"), hereby make the following initial disclosures pursuant to Fed.R.Civ.P. 26.

**A.   Disclosures pursuant to Rule 26(a)(1)(A).**

The following individuals are likely to have information related to this matter:

1. Robert P. Bowen
   Bowen Investment, Inc.
   2 Taunton Ave.
   Plainville, MA

2. Frank Wrightington
   3 Daniel Drive
   N. Easton, MA 02356

3. Roberta Porter
   Bowen Investment, Inc.
   2 Taunton Ave.
   Plainville, MA

**(B)  Disclosures pursuant to Rule 26(a)(1)(B).**

The following documents have been disclosed to Defendants:

1. Notice of Default to S.G.B., Ltd., dated June 2, 2003.

2. Notice of Default to S.G.B., Ltd., dated June 2, 2003.

3. Notice of Termination to S.G.B., Ltd., dated June 30, 2003.

4. Correspondence dated July 25, 2003 from Jack J. Mikels to S.G.B., Ltd. and attached proposed Reinstatement Agreement.

5. Honey Dew Donuts Shop Visitation Report, dated August 25, 2003.

6. Honey Dew Donuts Shop Visitation Report, dated September 25, 2003.

7. Honey Dew Donuts Customer Satisfaction Standards Evaluation, dated October 30, 2003.

8. Payment ledger, dated November 4, 2003.

9. Notice of Default to S.G.B., Ltd., sent November 4, 2003 (correspondence incorrectly dated June 30, 2003).

10. Payment ledger, dated November 6, 2003.

11. Notice of Default to S.G.B., Ltd., dated November 5, 2003.

12. Notice of Default to S.G.B., Ltd., dated November 12, 2003.

13. Payment ledger dated November 19, 2003 for 35 Providence Street.

14. Honey Dew Donuts® Customer Satisfaction Standards Evaluation dated November 19, 2003.

15. Notice of Termination to S.G.B., Ltd., dated November 24, 2003.

16. Payment ledger dated December 19, 2003.

17. Correspondence dated December 22, 2003 from James V. Paolino to Jack Mikels & Associates.

18. Correspondence dated December 23, 2003 from Jack Mikels & Associates to James V. Paolino.

19. Correspondence dated December 29, 2003 from James V. Paolino to Jack Mikels & Associates.

20. Correspondence dated December 29, 2003 from James V. Paolino to Jack Mikels & Associates.

21. Correspondence dated December 30, 2003 from Jack Mikels & Associates to James V. Paolino.

22. Correspondence dated December 30, 2003 from Jack Mikels & Associates to Guy Bissonnette.

23. Correspondence dated December 30, 2003 from Jack Mikels & Associates to the Court.

24. Correspondence dated December 30, 2003 from Jack Mikels & Associates to the Court.

25. Facsimile dated December 30, 2003 from Jack Mikels & Associates to James V. Paolino.

26. Facsimile dated December 30, 2003 from Jack Mikels & Associates to James V. Paolino.

27. Facsimile dated December 30, 2003 from Jack Mikels & Associates to James V. Paolino.

28. Correspondence dated January 6, 2004 from Jack Mikels & Associates to the Court.

29. Correspondence dated January 12, 2004 from Jack Mikels & Associates to the Court.

30. Correspondence dated January 12, 2004 from James V. Paolino to Jack Mikels & Associates.

31. Payment ledger, dated January 13, 2004.

32. Correspondence dated January 13, 2004 from Jack Mikels & Associates to James V. Paolino.

33. Facsimile dated January 15, 2004 from James V. Paolino to Jack Mikels & Associates.

34. Facsimile dated January 19, 2004 from James V. Paolino to Jack Mikels & Associates.

35. Correspondence dated January 21, 2004 from James V. Paolino to the Court.

36. Payment ledger, dated January 23, 2004.

37. Correspondence dated January 26, 2004 from James V. Paolino to the Court.

38. Correspondence dated January 27, 2004 from Robert P. Bowen to Guy Bissonnette.

39. Correspondence dated January 30, 20044 from Robert P. Bowen to Guy Bissonnette and Gary Greaves.

40. Correspondence dated February 9, 2004, from James V. Paolino to Robert P. Bowen.

41. Facsimile correspondence dated February 13, 2004, from Kenyon Insurance Agency, Inc. to Bob Bowen.

42. Correspondence dated February 13, 2004, from James V. Paolino to Jack Mikels & Associates.

43. Payment ledger, dated February 15, 2004.

44. Payment ledger dated February 18, 2004.

**(C)  Disclosures pursuant to Rule 26(a)(1)(C).**

Defendants are two weeks behind in payments. As to payments due to Plaintiff, these are based on Defendants' gross sales, which have not been provided to Plaintiff, and therefore, Plaintiff cannot calculate same. Using the payments made for the week of February 8, 2004 as a base, Defendants owed to Plaintiff approximately $700.00 for rent, $400.00 for royalties, $400.00 for supervisory fees, $200.00 for taxes and $300.00 in advertising fees. Actual

4

amounts due will depend on the status of the account and an assessment is made. If possession is award to Plaintiff, no claim will be made for unpaid amount from the date the premise is turned over to until the intended expiration of the franchise agreement.

**(D)** **Disclosure requirements pursuant to Rule 26(a)(1)(D) are not applicable.**

                                           Respectfully submitted,
                                           Plaintiff,
                                           Bowen Investment, Inc.
                                           By its Attorneys,

Dated: February 23, 2004                       */s/ Janell E. DeGennaro*
                                           Jack J. Mikels - BBO# 345560
                                           Michael A. Wirtz - BBO# 636587
                                           Janell E. DeGennaro – BBO#656306
                                           JACK MIKELS & ASSOCIATES
                                           1 Batterymarch Park, Suite 309
                                           Quincy, MA 02169
                                           617.472.5600

F\\: aa-mik\BII\SGB\FedCase\Autom.Discovery

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C. A. NO. 03-12509-I

BOWEN INVESTMENT, INC. and
HONEY DEW ASSOCIATES,
INC.
              Plaintiffs,
v.

S.G.B., LTD.,
GUY BISSONNETTE,
GARY GREAVES, and
ROGER A. SPINA,
              Defendants.

## CERTIFICATE OF SERVICE

I, Janell E. De Gennaro, hereby certify that <u>Automatic Required Disclosures of Plaintiffs Bowen Investment Inc. and Honey Dew Associates, Inc.</u> was served this day via first class mail, postage prepaid, upon counsel for defendants S.G.B., Ltd., Roger A. Spina, Jr. and Gary Greaves, James V. Paolino, Cooper, Thompson & Rogers, 51 Jefferson Blvd., Warwick, RI 02888 and S.G.B., Ltd., Roger A. Spina, Jr. and Gary Greaves, James V. Paolino, Cooper, Thompson & Rogers, 51 Jefferson Blvd., Warwick, RI 02888 and upon counsel for defendant Guy R. Bissonnette, Denita M. Grammitt, 181 Chace Road, P.O. Box 52, Portsmith, RI 02871.

Signed under the pains and penalties of perjury this 23rd day of February 2004.

_____
Janell E. De Gennaro