UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C. A. NO. 03-12509

BOWEN INVESTMENT, INC. and
HONEY DEW ASSOCIATES,
INC.
              Plaintiffs,

v.

S.G.B., LTD.,
GUY BISSONNETTE,
GARY GREAVES, and
ROGER A. SPINA,
              Defendants.

**SUPPLEMENTAL AUTOMATIC REQUIRED DISCLOSURES OF PLAINTIFFS**

The Plaintiffs, Bowen Investment, Inc. ("BII") and Honey Dew Associates, Inc. ("HDA"), hereby make the following supplemental disclosures pursuant to Fed.R.Civ.P. 26.

**(B)** **Supplemental disclosure pursuant to Rule 26(a)(1)(B).**

The following document has been disclosed to Defendants:

1. Honey Dew Donuts Customer Satisfaction Standards Evaluation, dated February 26, 2004.

              Respectfully submitted,
              Plaintiffs,
              Bowen Investment, Inc.
              Honey Dew Associates, Inc.
              By its Attorneys,

Dated: March 4, 2004

              Jack J. Mikels - BBO# 345560
              Michael A. Wirtz – BBO #636587
              Janell E. DeGennaro – BBO#656306
              JACK MIKELS & ASSOCIATES
              1 Batterymarch Park, Suite 309
              Quincy, MA 02169
              617.472.5600

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C. A. NO. 03-12509 PBS

BOWEN INVESTMENT, INC. and
HONEY DEW ASSOCIATES,
INC.
              Plaintiffs,
v.

S.G.B., LTD., GUY
BISSONNETTE,
GARY GREAVES and
ROGER A. SPINA,
              Defendants.

## CERTIFICATE OF SERVICE

I, Janell E. De Gennaro, hereby certify that Supplemental Automatic Required Disclosures of Plaintiffs was served this day via first class mail, postage prepaid, upon counsel for defendants S.G.B., Ltd., Roger A. Spina, Jr. and Gary Greaves, James V. Paolino, Cooper, Thompson & Rogers, 51 Jefferson Blvd., Warwick, RI 02888 and upon counsel for defendant Guy R. Bissonnette, Denita M. Grammitt, 181 Chace Road, P.O. Box 52, Portsmith, RI 02871.

Signed under the pains and penalties of perjury this 4th day of March, 2004.

_____
Janell E. De Gennaro

# JACK MIKELS & ASSOCIATES

1 BATTERYMARCH PARK • SUITE 309 • QUINCY, MASSACHUSETTS 02169-7454
Telephone: (617) 472-5600 • Telecopier: (617) 472-5875 • E-Mail: jmikels@gis.net

JACK J. MIKELS
ROCHELLE NELSON MIKELS
MICHAEL A. WIRTZ
ATTORNEYS AT LAW

March 4, 2004

Roger Alba, Clerk
United States Courthouse
1 Courthouse Way
Boston, MA  02210

      Re:    Bowen Investment, Inc., et al.
            vs.
            S.G.B., Ltd., et al.
            C. A. No:  03-12509 PBS

Dear Mr. Alba:

With regard to the above-referenced matter, enclosed for filing please find Supplemental Automatic Required Disclosures of Plaintiffs together with a Certificate of Service.

Thank you for your attention to this matter.

                        Very truly yours,

                        Janell De Gennaro

/ela
Enclosures
cc:    James V. Paolino, Esquire
       Denita M. Grammitt, Esquire
       Robert P. Bowen, President (without enclosures)

f/ev/filingB