## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

BOWEN INVESTMENT, INC.,
ET AL,

      Plaintiffs,

      v.                                                       CA. NO. 03-12509-MBB

S.G.B. LTD., ET AL,

      Defendants.

### ***NOTICE***

June 10, 2004

**BOWLER, Ch.U.S.M.J.**

      PLEASE TAKE NOTICE that the above-entitled case scheduled for a summary judgment hearing at 2:00 p.m., Wednesday, June 16, 2004, has been **rescheduled** to **10:30 a.m., Friday, June 25, 2004,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

                                                /s/_____

                                                **MARIANNE B. BOWLER**
                                                Chief United States Magistrate Judge

To:   ALL COUNSEL OF RECORD
**\* PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification.**