UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE   C. A. NO. 03-12509 MBB

BOWEN INVESTMENT, INC. and
HONEY DEW ASSOCIATES, INC.    JUN 23 A 11: 42
Plaintiffs,
U.S. DISTRICT COURT
v.                            DISTRICT OF MASS

S.G.B., LTD.,
GUY BISSONNETTE,
GARY GREAVES, and
ROGER A. SPINA,
Defendants.

## JOINT MOTION TO CONTINUE HEARING FOR SUMMARY JUDGMENT

Now comes the parties to the above-captioned matter and hereby jointly request that this Honorable Court continue the hearing for summary judgment from June 25, 2004 to August 2, 2004. In support thereof the parties state that they have not filed summary judgment motions because they have been in the process of negotiating settlement. The parties anticipate that all settlement issues will be resolved and the case will be disposed by stipulation before August 2nd.

WHEREFORE, the parties request that this motion be granted and that the hearing for summary judgment be continued from June 25, 2004 to August 2, 2004.

Respectfully requested:

| The Plaintiffs | The Defendants, |
|---|---|
| Bowen Investments, Inc. | S.G.B., Ltd., Gary Greaves |
| And Honey Dew Associates, Inc. | Roger Spina and Guy Bissonnette |
| By their attorneys, | By their attorneys, |

Jack J. Mikels BBO #345560
Michael A. Wirtz, BBO# 636587
Janell E. De Gennaro, BBO#656396
JACK MIKELS & ASSOCIATES
1 Batterymarch Park, Suite 309
Quincy, MA 02169-7454
(617) 472-5600

James V. Paolino BBO#
Cooper, Thompson & Rogers
800 South Main Street
Mansfield, MA 02048
(508) 337-3363

aa/mik/BII/lit/SGB/Mo-SJHearing