ORDER

Docket Text:

Electronic ORDER RE: ELECTRONIC FILING entered: It is hereby ORDERED that, from the date of this order, unless leave is granted upon good cause shown to file paper documents in lieu of electronic filing via this Court's CM/ECF system, ALL future submissions in this case must be electronically filed.  Such filings shall be made in accordance with, and subject to, the terms and conditions of electronic filing as set forth by this Court.  All parties and counsel who choose to appear in this action must make arrangements to register for participation in electronic case filing, if they have not already done so.  In addition to electronically filing any pleading, all parties and counsel shall also file all submissions relating to motions and dispositive matters with the Court in hard copy, clearly marked " Courtesy Copy - Do Not Scan" on the cover page of each pleading/submission (notations in a cover letter is not deemed sufficient).  Courtesy copies of Joint Statements and Status Reports shall also be provided.  It is FURTHER ORDERED that Notices, Orders and Memoranda of the Court will only be filed and served electronically. Once a party or counsel has registered for electronic filing, it is his/her responsibility to monitor his/her e-mail to ensure receipt of electronic notices.  Any changes in e-mail addresses must be reported to the Court immediately. Information and help on how to register for CM/ECF may be found at this Court's website, at www.mad.uscourts.gov