UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BOWEN INVESTMENT, INC. and
HONEY DEW ASSOCIATES, INC.,
       Plaintiff,

v.     CIVIL ACTION NO. 03-12509-MBB

S.G.B., LTD. GUY BISSONNETTE,
GARY GREAVES and ROGER A. SPINA,
       Defendants.

## FINAL JUDGMENT

_____AUGUST 5, 2004

**BOWLER, Ch.U.S.M.J.**

In accordance with the Stipulation of Dismissal filed by the parties, it is hereby

**ORDERED** and **ADJUDGED** that this action be **DISMISSED** with prejudice and without costs.

/S/_____
**MARIANNE B. BOWLER**
Chief United States Magistrate Judge