UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C. A. NO. 03-12509

BOWEN INVESTMENT, INC. and
HONEY DEW ASSOCIATES, INC.
  Plaintiffs,

v.

S.G.B., LTD.,
GUY BISSONNETTE,
GARY GREAVES, and
ROGER A. SPINA,
  Defendants.

### STIPULATION OF DISMISSAL

Now come the parties to the above-captioned matter and hereby stipulate to dismiss the action with prejudice pursuant to Fed.R.Civ.P. 41(a). All rights of appeal are waived.

The Plaintiffs
Bowen Investments, Inc.
And Honey Dew Associates, Inc.
By their attorneys,

_____
Jack J. Mikels BBO #345560
Michael A. Wirtz, BBO# 636587
Janell E. De Gennaro, BBO#656396
JACK MIKELS & ASSOCIATES
1 Batterymarch Park, Suite 309
Quincy, MA 02169-7454
(617) 472-5600

The Defendants,
S.G.B., Ltd., Gary Greaves
Roger Spina and Guy Bissonnette
By their attorneys,

_____
James V. Paolino BBO#
Cooper, Thompson & Rogers
800 South Main Street
Mansfield, MA 02048
(508) 337-3363

# JACK MIKELS & ASSOCIATES

1 BATTERYMARCH PARK • SUITE 309 • QUINCY, MASSACHUSETTS 02169-7454 •  
E-Mail: jmikels@gis.net•

TEL: 617.472.5600  
FAX: 617.472.5875

JACK J. MIKELS  
ROCHELLE NELSON MIKELS  
MICHAEL A. WIRTZ  
JANELL E. DE GENNARO  
ATTORNEYS AT LAW

## FAX COVER SHEET

Date: 7/30/04

To: Joe — Judge Bowler's assistant      Fax: 617-204-5833

From: Janell De Gennaro

Re: Stipulation of Dismissal

Number of pages including cover sheet: 2

Message:

Thank you.

Sender: Evelyn

If you do not receive all of the above pages, please call (617) 472-5600 and ask for the above-named operator.

### CONFIDENTIALITY NOTICE

The documents accompanying this fax contain confidential information, which may be legally privileged. The information is intended only for the use of the listed recipient named above. If you a not the named recipient above, you are hereby notified that any disclosure, copying, distribution or taking of any action in reliance upon the contents hereof, except direct delivery to the intended recipient named above, is strictly prohibited. If you have received this fax in error, please destroy th documents and notify us immediately by telephone that you are doing so.